IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Apurva SHAH ) | |
| WAC 07 047 50778 ) | |
| Plaintiff, ) | File No. |
| ) | |
| v. ) | |
| ) | **FILED: AUGUST 6, 2008** |
| Secretary Michael CHERTOFF, U.S. Department ) | **08CV4449** |
| of Homeland Security; Acting Director Jonathan ) | **JUDGE DARRAH** |
| SCHARFEN, Citizenship and Immigration ) | **MAGISTRATE JUDGE DENLOW** |
| Services; Christina POULOS, United States ) | |
| Citizenship & Immigration Services, California ) | |
| Service Center Director, Ruth DOROCHOFF, ) | **JFB** |
| United States Citizenship & Immigration Services, ) | |
| Chicago Field Office District Director; ) | |
| DEPARTMENT OF HOMELAND SECURITY; ) | |
| and CITIZENSHIP & IMMIGRATION ) | |
| SERVICES, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT FOR WRIT OF MANDAMUS

NOW COMES Plaintiff, Apurva SHAH, by and through his attorneys, the AZULAYSEIDEN LAW GROUP, and petitions this Honorable Court for a Writ of Mandamus directing Defendants to return his original Indian passport. In support thereof, he states as follows:

### INTRODUCTION

Plaintiff brings this mandamus action to compel Defendants to return his original document, namely his Indian passport, inadvertently submitted in conjunction with an H-1B extension petition, with receipt Number WAC 07 047 50778. The delay in returning the document is unreasonable as a matter of law, as the underlying petition was withdrawn on April 6, 2007, and because there is no legal basis for Defendants to hold the passport.

1

## PARTIES

1.      Plaintiff, Apurva Shah ("Shah") is the beneficiary of an approved H-1B extension for labor certification petition, with Receipt Number WAC 07 072 51362, which was approved on March 23, 2007.  He currently resides in Streamwood, Illinois.

2.      Defendant Michael Chertoff is the Secretary of the United States Department of Homeland Security ("DHS") and is sued in his official capacity only.  Defendant Chertoff is charged with the administration of the United States Citizenship and Immigration Services and implementing the Immigration and Nationality Act, 8 U.S.C. §§ 1001, *et seq* ("the Act" or "INA").

3.      Defendant Jonathan Scharfen is the Acting Director of the United States Citizenship and Immigration Services ("USCIS"), and is sued in his official capacity only.  USCIS is the component of DHS that is in possession of Shah's passport.

4.      Defendant Christina Poulos is the District Director of the California Service Center of USCIS and is sued in her official capacity only.  The Service Center is charged with the administration of the Act.  Shah's petition was pending at this office of USCIS.

5.      Defendant Ruth Dorochoff is the District Director of the Chicago Field Office of USCIS and is sued in her official capacity only.  The Chicago Filed Office is charged with the administration of the Act.  Shah's Info Pass Appointment took place at this office of USCIS.

6.      Defendant Department of Homeland Security is the department within which the USCIS adjudicates petitions for labor certification.  DHS operates within this District, with headquarters in Washington, D.C.

2

7.      Defendant Citizenship and Immigration Services is the component of DHS that adjudicates petitions for labor certification.  USCIS operates within this District, with headquarters in Washington, D.C.

## JURISDICTION AND VENUE

8.      Jurisdiction is predicated upon 28 U.S.C. §§ 1331 and 1346(a)(2) in that the matter in controversy arises under the Constitution and laws of the United States, and the United States is a Defendant.  This Court also has jurisdiction over the present action pursuant to 28 U.S.C. § 2201, the Declaratory Judgment Act; 5 U.S.C. § 702, the Administrative Procedures Act; and § 28 U.S.C. 1361, regarding an action to compel an officer of the United States to perform his or her duty.

9.      Venue is proper in this District under 28 U.S.C. § 1391(e), because a substantial part of the events and omissions giving rise to the claim occurred in this District, because Defendants operate within this District, and Shah resides in this District.[1]

## FACTS AND BACKGROUND

10.      Shah is a citizen of India, residing in Illinois.

11.      Employer, Schaumburg Honda, filed an I-129 petition, WAC 07 047 50778, on behalf of Shah on December 6, 2006.  His original Indian passport was inadvertently sent to the California Service Center with the petition.  The petition was withdrawn on April 6, 2007 and

---

[1] Even though Shah's employer filed the underlying labor certification with the California Service Center located in the Central District of California, every employer who files a labor certification petition on behalf of an alien must file it with the California Service Center regardless of where the alien or his employer actually is located.  Furthermore, there has been no positive indication from Defendants that the passport is situated in that District.  Thus, venue in this District is significantly more convenient where Defendants operate out of this District and are able to adequately defend the present action in this District, Shah actually resides in this District, Shah's employer is incorporated in this District, and Shah's attorney is located in this District.

again on August 20, 2007.  Please see true and correct copies of notices of withdrawal attached

hereto and made a part hereof as Exhibit A ("Ex. A") and Exhibit B ("Ex. B").  Each time, Plaintiff

requested the return of his original Indian passport.  Ex. A; Ex. B.

      12.     On or about August 27, 2007, through counsel, Shah sent a request to the

California Service Center for the return of his Indian passport, a true and correct copy of which is

attached hereto and made a part hereof as Exhibit C ("Ex. C").

      13.     The California Service Center acknowledged the withdrawal of the petition on

September 19, 2007 in a letter addressed to Shah's counsel, a true and correct copy of which is

attached hereto and made a part hereof as Exhibit D ("Ex. D"), but did not return Shah's Indian

passport.

      14.     On or about September 28, 2007, Shah submitted a G-884, Request for the Return

of Original Documents, to the California Service Center, a true and correct copy of which is

attached hereto and made a part hereof as Exhibit E ("Ex. E").

      15.     On or about December 6, 2007, a USCIS California Service Center representative

advised Shah's counsel via electronic mail that he needed to submit Form G-884 when requesting

the return of original documents, even though Shah had already done so in September.  A true

and correct copy of the electronic correspondence is attached hereto and made a part hereof as

Exhibit F ("Ex. F").

      16.     In the meantime, Shah's Employer, Shaumburg Honda, filed a second I-129

petition, WAC 07 072 51362, for Shah on or about January 16, 2007, which was subsequently

approved on March 23, 2007.  True and correct copies of the Receipt Notice and Approval Notice

are attached hereto and made a part hereof as Exhibit G ("Ex. G") and Exhibit H ("Ex. H").

17.     Through counsel, Shah sought immediate assistance from the California Service Center in returning the original passport on February 26, 2008 in correspondence submitted via federal express, a true and correct copy of which is attached hereto and made a part hereof as Exhibit I ("Ex. I") and also resubmitted the G-884 request previously sent in September.

18.     Next, Shah's attorney attended an Info Pass Appointment on March 6, 2008 at the USCIS Chicago Field Office to request the return of the original passport.  A true and correct copy of the Status Inquiry Form is attached hereto and made a part hereof as Exhibit J ("Ex. J"). The Info Pass appointment presented an opportunity for Defendant DHS acting through the constituent USCIS Chicago Field Office to facilitate the return of the passport in a timely manner or in the alternative to offer a reasonable justification for the delay.  Instead, Defendant refused to take action and merely advised Shah to submit a second G-884 request to the California Service Center.

19.     Based on the advice of the Chicago Field Office, through counsel, Shah submitted a second G-884 request to the California Service Center on March 21, 2008, a true and correct copy of which is attached hereto and made a part hereof as Exhibit K ("Ex. K").  USCIS received the second G-884 on April 16, 2008.  A true and correct copy of the Domestic Return Receipt is attached hereto and made a part hereof as Exhibit L ("Ex. L").

20.     Plaintiff's I-129 petition was approved over sixteen months ago.  Defendant USCIS received the first G-884 request for the return of his original documents over ten months ago, yet Shah still has not received his Indian passport.  As such, the return of Shah's original document is long overdue.

21.    Nothing in the INA or in Defendants' regulations requires that a G-884 be processed within a certain time frame; however, Defendants have not offered any justification as to why the document cannot be returned to Shah.

22.    Defendants' refusal to return Shah's passport has caused him great hardship. He is unable to travel outside of the U.S., because his Indian passport is his only travel document.

23.    Defendants have unreasonably delayed the return of Shah's Indian Passport.

24.    Shah has exhausted all of his administrative remedies and there are no further administrative acts he can take to obtain the return of his Indian passport.

## COUNT I
**[Failure to promptly return original document or to provide justification for retaining original document is an unreasonable failure to act in violation of 5 U.S.C. § 702, the Administrative Procedures Act.]**

25.    Plaintiff re-alleges and incorporates by reference, as if fully set forth herein, the allegations in paragraphs 1-24 above.

26.    Defendants' failure to return Shah's Indian passport in a timely manner, or to provide a justification for retaining the original document and an opportunity to respond, constitutes an unreasonable failure to act in violation of the Administrative Procedures Act, and denies Shah due process and equal protection of the laws guaranteed by the Fifth Amendment of the United States Constitution.

## COUNT II
**[Retaining the original document is *ultra vires* and in violation of the Immigration and Nationality Act.]**

27.    Plaintiff re-alleges and incorporates by reference, as if fully set forth herein, the allegations in paragraphs 1-24 above.

6

28.     Defendants' refusal to return Shah's original document is *ultra vires* and constitutes a violation of the Immigration and Nationality Act, because Defendants can assert no reasonable basis or legal justification for retaining the passport.

## COUNT III
**[Failure to return original document within a reasonable time.]**

29.     Plaintiff re-alleges and incorporates by reference, as if fully set forth herein, the allegations in paragraphs 1-24 above.

30.     Defendants' refusal to return Shah's original document within a reasonable time violates the INA, the APA and the Constitution.  Shah has a clear right to the relief requested; Defendants have a clear duty to return the original document to him; and there is no other adequate remedy available.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, APURVA SHAH, prays for the following relief:

A.     Enter declaratory judgment that Plaintiff is entitled to the return of his Indian passport;

B.     Order Defendants to return the original document on or before 60 days from the filing of this complaint, and provide Plaintiff with particularized reasons justifying a delay, if any, 60 days from the filing of this complaint;

C.     Enter a declaratory judgment that Defendants' procedures in retaining the original document is *ultra vires*;

D.     Issue temporary and permanent injunctions enjoining Defendants' from denying Plaintiff's right to the prompt return of the original document;

7

E.    Retain jurisdiction during the pendency of the above relief orders to insure

compliance with the court's orders;

F.    For reasonable costs and attorneys' fees; and

G.    For such other relief as the Court may deem just and proper.


Dated: _____                    Respectfully Submitted,

                                         _____
                                         Ellen Kassis
                                         Attorney for Plaintiff
                                         AzulaySeiden Law Group
                                         205 N Michigan Ave – 40th Floor
                                         Chicago, Illinois 60601
                                         (312) 832-9200
                                         (312) 832-9212 (fax)
                                         ekassis@azulayseiden.com

## NOTICE OF FILING

TO:    Secretary of DHS
       Michael Chertoff
       Office of General Counsel
       U.S. Dept. of Homeland Security
       Washington, D.C.  20528
       **Via Certified Mail**

       Acting Director of USCIS
       Jonathan Scharfen
       Office of Chief Counsel
       U.S. Dept. of Homeland Security
       20 Massachusetts Ave., NW Rm. 4025
       Washington, D.C. 20236
       **Via Certified Mail**

       Director of California Service Center
       Christina Poulos
       USCIS California Service Center
       24000 Avila Road
       2nd Floor, Room 2312
       Laguna Niguel, CA  92677
       **Via Certified Mail**

District Director, USCIS
Ruth Dorochoff
101 West Congress Parkway
Chicago, IL 60605
**Via Certified Mail**

Acting Field Office Director
Glenn Triveline
Chicago USCIS
101 West Congress Parkway, Suite 4000
Chicago, IL  60605
**Via Certified Mail**

PLEASE TAKE NOTICE that on August 6, 2008, Petitioner filed with the United States District Court for the Northern District of Illinois, his *Complaint for Writ of Mandamus*.

Ellen Kassis
AZULAYSEIDEN LAW GROUP
205 N. Michigan Avenue, 40th Floor
Chicago, Illinois 60601
312.832.9200

From: Origin ID: JLHA (312)832-9200
Y Judd Azulay  TM
Azulay Horn  Seiden LLC
205 N. Michigan Ave
40th Floor
Chicago, IL 60601


FedEx
Express

Ship Date: 03MAY07
ActWgt: 1 LB
System#: 1401285/INET2600
Account#: S ********

Delivery Address Bar Code

Ref #    tm 103-21336-B shah
Invoice #
PO #
Dept #

SHIP TO: (312)832-9200        BILL SENDER
**USCIS California Service Center**

**24000 Avila Road**
**2nd Floor, Room 2312**
**Laguna Niguel, CA 92677**



EXPRESS SAVER PACKAGE                          **TUE**
                                               Deliver By:
TRK#   7996  3360  8662    FORM     08MAY07
                           0201
                                    **SNA**    A2

92677    -CA-US

**SA JORA**

---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

AZULAY, HORN & SEIDEN LLC

FILED: AUGUST 6, 2008
08CV4449
JUDGE DARRAH                    Ellen Kassis
MAGISTRATE JUDGE DENLOW

EK/tm: encl

JFB


EXHIBIT
A



LAW OFFICES OF

AZULAY, HORN & SEIDEN, LLC

205 North Michigan Avenue          ph. 312.832.9200
40th Floor                         fx. 312.832.9212
Chicago, Illinois 60601            www.ahslaw.com

FROM THE DESK OF:
Ellen Kassis
312.832.9200 x129
ekassis@ahslaw.com

April 6, 2007

U.S. Department of Homeland Security
U.S. Citizenship & Immigration Services
California Service Center
24000 Avila Road, 2nd Floor, Room 2312
Laguna Niguel, CA 92677

## WITHDRAWAL OF APPLICATION
## WAC-07-047-50778

Re:    Application:    I-129 (H-1B) Petition for a Nonimmigrant Worker
       Beneficiary:    Apurva Dipakkumar Shah

Dear Sir/Madam:

Our law offices represent the above named Beneficiary in the above matter, and our signed Attorney Appearance on Form G-28 is enclosed for your records. Please be advised that, on behalf of our client, we herewith withdraw the above-referenced pending application for an extension of H-1B status. This I-129 application was improperly executed and the petitioner, Schaumburg Honda, has since filed a correctly completed H-1B extension petition. This latter petition, with Receipt Number WAC-07-072-51362, was approved by the USCIS on March 23, 2007.

Moreover, the beneficiary, Apurva Shah, erroneously filed his original passport with the first application. Please find enclosed a completed FedEx label and envelope, paid for by the recipient, with which to return his original passport. Your assistance in this matter will be highly appreciated. Thank you.

Sincerely,
AZULAY HORN & SEIDEN LLC

Ellen Kassis

EK/tm: encl

U.S. Department of Justice
Immigration and Naturalization Service

WAC 07 047 50778

**Notice of Entry of Appearance
as Attorney or Representative**

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re:  I-129 Petition for a Nonimmigrant Worker. | Date: 01/4/07 |
| | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name:
APURVA Dipakkumar SHAH

☐ Petitioner          ☐ Applicant
☒ Beneficiary

Address: (Apt. No.)          (Number & Street)          (City)          (State)          (Zip Code)
207 Green Knoll Lane          Streamwood          IL          60107

Name:
Schaumburg Honda

☒ Petitioner          ☐ Applicant
☐ Beneficiary

Address: (Apt. No.)          (Number & Street)          (City)          (State)          (Zip Code)
750 E. Golf Road          Schaumburg          IL          60173

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

State of IL _____ Supreme Court _____ and am not under a court or administrative agency
*Name of Court*
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in United States and which is so recognized by the Board:

☐ 3. I am associated with _____
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item,*
*also*

☒ 4. Others (Explain Fully.)

You are advised that in conformity with Public Law 90-93 5 USC 500 (f) 81 Stat 195, you are required to give notice to the other written communications in this cause.

SIGNATURE

COMPLETE ADDRESS
Azulay, Horn & Seiden, LLC
205 N Michigan Ave., #40th Floor
Chicago, IL 60601

NAME (Type or Print)          Y. Judd Azulay, Ellen Kassis

TELEPHONE NUMBER
Ph: 312-832-9200 Fx: 312-832-9212

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Y. Judd Azulay, Ellen Kassis
(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

All immigration matters; Attorney retains the right to withdraw all processings.

| Name of Person Consenting | Signature of Person | Date |
| John Barrett, General Manager | | 01/04/2007 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

WAC 07 047 50778

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE   I129 |
|---|---|
| WAC-07-047-50778 | PETITION FOR A NONIMMIGRANT WORKER |

| RECEIVED DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| December 6, 2006 | | SHAH, APURVA D. |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| December 8, 2006 | 1 of 1 | SHAH, APURVA DIPAKKUMAR |

APURVA D. SHAH
SCHAUMBURG HONDA
750 EAST GOLF RD
SCHAUMBURG IL 60173

Notice Type:  Receipt Notice

Amount received: $ 1690.00

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case. You can check our current processing time for this kind of case on our website at www.uscis.gov. On our website you can also sign up to get free e-mail status updates as we complete key processing steps on this case. Most of the time your case is pending the processing status will not change because we will be working on others filed earlier. We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move. Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update. If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

If this receipt is for an I-485, or I-698 application - USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photos taken) AND your photo identification to your biometrics appointment. Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does NOT grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS i.e., that a decision to grant or deny your application/petition has not yet been made. The current status of your application/petition must be verified with USCIS.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 01/31/05) N

From:   Origin ID: JORA  (312)832-9200
U.S. Department of Homeland Security
USCIS California Service Center
24000 Avila Road
2nd Floor, Room 2312
**Laguna Niguel, CA 92677**



Ship Date: 06APR07
ActWgt: 1 LB
System#: 1401285/INET2600
Account#: S *********

SHIP TO:   (312)832-9200        BILL SENDER
**Y Judd Azulay  TM**
**Azulay Horn  Seiden LLC**
**205 N. Michigan Ave**
**40th Floor**
**Chicago, IL 60601**



Delivery Address Bar Code

RMA #:
Return Reason:

**FedEx
Returns**

** 2DAY **

TRK#   7929  6413  4290      FORM
                              0221

                                    ORD     A1

60601     -IL-US

**SE JLHA**



# Shipping Label

**This shipping label constitutes the air waybill for this shipment.**     View all labels

1. Use the "Print" feature from your browser to send this page to your laser printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping label pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**Elizabeth Dimasuay**

**From:** CSC XII 129 [CSC-XII.129@dhs.gov]
**Sent:** Monday, August 20, 2007 4:23 PM
**To:** Elizabeth Dimasuay
**Subject:** RE: Azulay, Horn & Seiden (312.832.9212)

Beth:

Effective April 01, 2007, the California Service Center (CSC) requests that all withdrawal and/or termination notifications be sent to the below listed post office box address:

> USCIS-California Service Center
> P.O.Box 10485
> Laguna Niguel, CA 92607-1048
> ATTN: Withdrawal/Termination

```
FILED: AUGUST 6, 2008
08CV4449
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

JFB
```

San Nguyen
Center Adjudications Officer
Congressional & Customer Service Division California Service Center USCIS/DHS —Original Message—
From: Elizabeth Dimasuay [mailto:bdimasuay@ahslaw.com]
Sent: Monday, August 20, 2007 1:53 PM
To: 129, Csc-XII
Subject: FW: Azulay, Horn & Seiden (312.832.9212)

Dear Sir/Madam:

Please see attachement in reference to receipt# WAC07-047-50778.
Attached please find our signed G-28 with a copy of the letter withdrawing the H-1B application (WAC 07 047 50778) that was forwarded to USCIS in May 8, 2007. The original passport was submitted with the H-1B petition. Please return the original passport to the our firm.
Attached please find a copy of the FEDEX airbill for the return of the original passport.

Thank you very much for your immediation action on the above request.

Beth Dimasuay

Senior Paralegal


LAW OFFICES OF

AZULAY, HORN & SEIDEN, LLC

205 North Michigan Avenue

40th Floor

Chicago, Illinois 60601


EXHIBIT
B

ph. 312.832.9200 x108

fx.  312.363.6108

www.ahslaw.com


——Original Message——
From: iFax@ahslaw.com
Sent: Monday, August 20, 2007 2:39 PM
To: Elizabeth Dimasuay
Subject: Azulay, Horn & Seiden (312.832.9212)

An image data in PDF format has been attached to this email.

This e-mail and any attachments thereto, is intended only for use by the named addressee(s) and may contain legally privileged and/or confidential information.
If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited.  If you received this e-mail in error please immediately notify the sender, at the Law Offices of Azulay, Horn, & Seiden, LLC by sending a reply e-mail or by phoning the sender at 312.832.9200 and permanently delete the original copy and any copy of any e-mail, and any printout thereof.
Thank you.





From: Origin ID: JLHA (312)832-9200
Beth Dimasuay
Azulay Horn Seiden LLC
205 North Michigan
40th Floor
Chicago, IL 60601

Ship Date: 28AUG07
ActWgt: 1 LB
System#: 1401285/INET2600
Account#: S *********

Delivery Address Bar Code



SHIP TO: (202)305-3217    BILL SENDER
**U.S. DEPT. OF HOMELAND SECURITY
CITIZENSHIP AND IMMIGRATION SERVICE
CALIFORNIA SERVICE CENTER
24000 AVILA RD, 2nd Flr. Rm.2312
LAGUNA NIGUEL, CA 92677**

Ref # ED/103-21336-B/SHAH,A
Invoice #
PO #
Dept #



TRK#
0201    **7925 4995 3481**

**FRI - 31AUG**    **A2**
**EXPRESS SAVER**

**SA-JORA**

**SNA
CA-US
92677**

## Shipping Label

**This shipping label constitutes the air waybill for this shipment.**

1. Use the "Print" feature from your browser to send this page to your laser printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping label pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit,attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FILED: AUGUST 6, 2008
08CV4449
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

JFB



LAW OFFICES OF
**AZULAY, HORN & SEIDEN, LLC**

North Michigan Avenue          ph. 312.832.9200
40th Floor                     fx. 312.832.9212
Chicago, Illinois 60601        www.ahslaw.com

FROM THE DESK OF:
Ellen Kassis
312.832.9200 x129
ekassis@ahslaw.com

August 27, 2007

U.S. Department of Homeland Security
U.S. Citizenship & Immigration Services
California Service Center
P.O. Box 10485
Laguna Niguel, CA 92607-1048
**ATTN: Withdrawal/Termination**

<u>**REQUEST FOR ORIGINAL DOCUMENT (PASSPORT)**
**AND WITHDRAWAL OF I-129 APPLICATION**
**WAC-07-047-50778**</u>

Re:   Application:   I-129 (H-1B) Petition for a Nonimmigrant Worker
      Beneficiary:   Apurva Dipakkumar Shah
      Receipt#:      WAC 07 047 50778

Dear Sir/Madam:

Our law offices represent the above named Beneficiary in the above matter, and our signed Attorney Appearance on Form G-28 is enclosed for your records.

Please be advised that the beneficiary, Apurva Shah, erroneously submitted his <u>original passport</u> with the first I-129 H-1B application with receipt number, WAC 07 047 50778. On behalf of our client, we hereby <u>request that the original passport to be returned to our firm</u>. Please find enclosed a completed FedEx label and envelope, paid for by the recipient, in which to return his original passport.

In addition, the petitioner and beneficiary are withdrawing the above-referenced pending application for an extension of H-1B status. This I-129 application was improperly executed and the petitioner, Schaumburg Honda, has since filed a correctly completed H-1B extension petition. This latter petition, with Receipt Number WAC-07-072-51362, was approved by the USCIS on March 23, 2007.

Your assistance in this matter will be highly appreciated. Thank you.

Sincerely,

Ellen Kassis
Azulay, Horn & Seiden, LLC

EK/BD/Enclosures

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| | |
|---|---|
| In re: I-129 Petition for a Nonimmigrant Worker. | Date: 01/4/07 |
| | File No. WAC 07 047 50778 |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name:
APURVA Dipakkumar SHAH
☐ Petitioner  ☐ Applicant
☒ Beneficiary

| Address: (Apt. No.)   (Number & Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|
| 207 Green Knoll Lane | Streamwood | IL | 60107 |

Name:
Schaumburg Honda
☒ Petitioner  ☐ Applicant
☐ Beneficiary

| Address: (Apt. No.)   (Number & Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|
| 750 E. Golf Road | Schaumburg | IL | 60173 |

*Check Applicable Item (s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
    **State of IL**                **Supreme Court**                and am not under a court or administrative agency
                              *Name of Court*
    order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in United States and which is so recognized by the Board:

☐ 3. I am associated with _____
    the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also*

☒ 4. Others (Explain Fully.)

    You are advised that in conformity with Public Law 90-93 5 USC 500 (f) 81 Stat 195, you are required to give
    notice to the other written communications in this cause.

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| | Azulay, Horn & Seiden, LLC |
| | 205 N Michigan Ave., #40th Floor |
| | Chicago, IL 60601 |
| NAME (Type or Print)   Y. Judd Azulay, Ellen Kassis | TELEPHONE NUMBER |
| | Ph: 312-832-9200 Fx: 312-832-9212 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

                    **Y. Judd Azulay, Ellen Kassis**
                    *(Name of Attorney or Representative)*

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

    All immigration matters; Attorney retains the right to withdraw all processings.

| Name of Person Consenting | Signature of Person | Date |
|---|---|---|
| John Barrett, General Manager | | 01/04/2007 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 ELSEQ.

Form G-28 (09/26/00)Y

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-07-047-50778 | CASE TYPE  I129<br>PETITION FOR A NONIMMIGRANT WORKER |
|---|---|
| RECEIVED DATE<br>December 6, 2006 | PRIORITY DATE | PETITIONER<br>SHAH, APURVA D. |
| NOTICE DATE<br>December 8, 2006 | PAGE<br>1 of 1 | BENEFICIARY<br>SHAH, APURVA DIPAKKUMAR |

APURVA D. SHAH
SCHAUMBURG HONDA
750 EAST GOLF RD
SCHAUMBURG IL 60173

Notice Type:  Receipt Notice

Amount received: $ 1690.00

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case. You can check our current processing time for this kind of case on our website at www.uscis.gov. On our website you can also sign up to get free e-mail status updates as we complete key processing steps on this case. Most of the time your case is pending the processing status will not change because we will be working on others filed earlier. We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move. Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update. If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application** - USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

## WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-

Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photos taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

**This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does NOT grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS i.e., that a decision to grant or deny your application/petition has not yet been made. The current status of your application/petition must be verified with USCIS.**

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



# SCHAUMBURG HONDA AUTOMOBILES



August 28, 2007

To whomever it may concern,

         Subject: Request to withdraw the H-1 application

Dear Sir/madam,

       I, the petitioner JOHN BARRETT request you to withdraw the H-1 extension application #WAC0704750778, for APURVA SHAH. The reason behind this is that particular application was filed incorrectly.

We have already filed another application, which has already been approved.

Thank you,
Yours truly,

JOHN BARRETT
GENERAL MANAGER

## A Member of the Bob Rohrman Auto Group

750 EAST GOLF ROAD   SCHAUMBURG, ILLINOIS 60173   (847)88-HONDA
www.schaumburghondaautos.com

August 28, 2007

To whomever it may concern,

Subject: Requesting to return the Original Passport to the
official attorney

Dear Sir/ Madam,

I, APURVA SHAH have sent my original passport by mistake.
I sent that with my application for the H-1 extension. **The Receipt number
for the application is WAC0704750778.**

I have already filed another application with correct papers and have been
approved.

Please send my original passport to my official attorney's office.

The address for the office is as below.

LAW OFFICES OF AZULAY, HORN & SEIDEN, LLC
ATTN: JUDD AZULAY
205 NORTH MICHIGAN AVENUE, 40TH FLOOR
CHICAGO, IL 60601

Yours truly,

APURVA SHAH

From:   Origin ID: JORA  (202)305-3217
U.S. DEPT. OF HOMELAND SECURITY
CITIZENSHIP AND IMMIGRATION SERVICE
CALIFORNIA SERVICE CENTER
24000 AVILA RD, 2nd Flr. Rm.2312
LAGUNA NIGUEL, CA 92677



Ship Date: 28AUG07
ActWgt: 1 LB
System#: 1401285/INET2600
Account#: S *********

Delivery Address Bar Code



Ref # ED/103-21336/SHAH,A

RMA #:
Return Reason:

SHIP TO:   (312)832-9200      BILL SENDER

**Beth Dimasuay**
**Azulay Horn  Seiden LLC**
**205 North Michigan**
**40th Floor**
**Chicago, IL 60601**



TRK#    7908 1611 7327
0221

FedEx RETURNS        A1
STANDARD OVERNIGHT

**XH-JLHA**

ORD
IL-US
60601



## Shipping Label

**This shipping label constitutes the air waybill for this shipment.**

1. Use the "Print" feature from your browser to send this page to your laser printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping label pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit,attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# Case Status Search

Receipt Number:    wac0704750778

Application Type:    I129, PETITION FOR A NONIMMIGRANT WORKER

Current Status:
We received your withdrawal and mailed you a notice.

On September 19, 2007, we mailed a notice acknowledging withdrawal of this application or petition. If at some point in the future you wish to pursue the benefits provided by this application or petition, you must file a new application along with all applicable fees and evidence.

--------------------------------------------------

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375  5283 or 1-800-767-1833 (TTY).

```
FILED: AUGUST 6, 2008
08CV4449
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW


JFB
```



U.S. Department of Homeland Security
P. O. Box 30111
Laguna Niguel, CA 92607-0111



U.S. Citizenship
and Immigration
Services

Date: 19 / 17 / 07

ELLEN KASSIS
AZULAY HORN & SEIDEN LLC
RE: APURVA DIPAKKUMAR SHAH
205 N MICHIGAN AVE 40 FL
CHICAGO IL 60601

Receipt or A File:
Number:    WAC 07 0475 0778

Subject:    Recent Change of Address

Dear Addressee:

The California Service Center has received a change of address request for the above referenced receipt notice number or "A" file number. Please note that the request for the new address change has been updated for the receipt number or "A" file number listed above.

In order to complete the processing of this address change with the US Citizenship and Immigration Services, Department of Homeland Security (DHS); you must also complete an AR-11 form and mail it to the address below:

Department of Homeland Security
Change of Address
P.O. Box 7134
London, KY  40742-7134

Every person over the age of 14 who is not a citizen of the United States or in "A" or "G" nonimmigrant status must complete a Form AR-11 within 10 days of the address change.  Where possible, please provide an A-number (from your alien registration card or "green card".) or other identifying numbers.  *Failure to complete all applicable sections may delay the processing of the form.*

Please disregard this notice if you have already submitted an AR-11 form to DHS/USCIS with your current address. You may obtain additional copies of the AR-11 form on our web site at http://www.uscis.gov or by contacting our National Customer Service Center at (800) 375-5283.  Thank you.

Sincerely,

California Service Center
U.S. Citizenship and Immigration Services

A:_____

ID:  2w03k

COA COVERLTR  Revised:  6/16/04                        www.uscis.gov

U.S. Department of Homeland Security



**U.S. Citizenship
and Immigration
Services**

ELLEN KASSIS
AZULAY HORN & SEIDEN LLC
RE: APURVA DIPAKKUMAR SHAH
205 N MICHIGAN AVE 40 FL
CHICAGO IL 60601

A-Number / Receipt Number:

WAC 0704750778

Thank you for your recent inquiry to the California Service Center (CSC) via fax or letter for information regarding your case status. USCIS has launched a new referral tracking system through our National Customer Service Center. To ensure that customer inquiries are handled as effectively and quickly as possible, we ask that you call our National Customer Service Center, which is available Monday through Friday, 8:00 AM – 5:00 PM, PST at *1-800-375-5283*. The National Customer Service Center will track your inquiry with us to resolution.

Please note that we will continue to accept expedite requests via fax at 949-389-3441. Expedite requests must meet the criteria noted on our website at http://www.uscis.gov/portal/site/uscis - click on the "My Case is Pending" link.

Most importantly, USCIS provides a case-status online inquiry service on our website at www.uscis.gov – just click on the "Case Status & Processing Dates" link. Finally, the USCIS website also includes a chart that reports current processing dates for particular applications and petitions in relation to the date the application or petition was filed. The USCIS processes cases in the order received.

If you submitted a change of address with your inquiry, it has been handled locally. Please note: The law requires nearly all non-U.S. citizens to report a change of address within 10 days of moving by completing a Form AR-11. Form AR-11 can be filed electronically by visiting the USCIS website at www.uscis.gov or by mailing the paper form to the address shown on the bottom of the form. For your convenience, we have attached a Form AR-11 to this letter.

Thank you.

California Service Center
COA & General Inquiry Response   Rev 1-25-07

LAW OFFICES OF
### AZULAY, HORN & SEIDEN, LLC

North Michigan Avenue    ph. 312.832.9200
40th Floor    fx. 312.832.9212
Chicago, Illinois 60601    www.ahslaw.com

FROM THE DESK OF:
Ellen Kassis
(312) 832-9200 x 129
ekassis@ahslaw.com

September 28, 2007

U.S. Department of Homeland Security
Citizenship and Immigration Services
California Service Center
24000 Avila Road, 2nd Flr., Room 2312
Laguna Niguel, CA 92677

FILED: AUGUST 6, 2008
08CV4449
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

JFB

Re:    <u>G-884, Request for the Return of Original Documents</u>
Document Requested: Indian Passport (#B 2490708)
Name of Passport Holder: Apurva Dipakkumar SHAH
DOB: September 1, 1980

Dear Sir/Madam:

Our Law Firm represents the above named applicant and our appearance Form G-28 is enclosed as proof of our firm's legal representation of Apurva Dipakkumar Shah.

We are submitting for your kind consideration the following documents in support of our request for the return of the original passport to Apurva Dipakkumar Shah:

1. Notarized Form G-884, Request of the Return of Original Documents;
2. Copies of applicant's passport, Visa and I-94; and
3. Drivers License and State-issued identification document as proof of identification.

Please find enclosed a completed <u>FEDEX label and envelope</u>, paid for by the recipient, in which to return his original passport.

Thank you for your kind and favorable action.

Very truly yours,

Ellen Kassis
Azulay, Horn & Seiden, LLC

EK/BD/Encls.


EXHIBIT
E

OMB No. 1615-0100; Expires 08/31/08

Department of Homeland Security
U.S. Citizenship and Immigration Services

**G-884, Request for the
Return of Original Documents**

**START HERE - Please type or print in black ink.**

| | For USCIS Use Only. |

**Part 1. Information about you.** *(Person requesting the return of original documents.)*

| Family Name | Given Name | Middle Name |
|---|---|---|
| SHAH | Apurva | Dipakkumar |

Remarks

Mailing Address - Street Number and Name

207 Green Knoll Lane

Apt./Suite Number

File No. _____

| City | State | Zip Code | A Number *(If any.)* |
|---|---|---|---|
| Streamwood | IL | 60107 | None |

Date _____

| City/Town/Village of Birth | Country of Birth | Date of Birth *(mm/dd/yyyy)* | Daytime Phone Number *(With Area Code)* |
|---|---|---|---|
| Gujarat | India | 09/01/1980 | (847) 884-6632 |

**Specific information about desired document(s) or record(s)** *(e.g., marriage license, birth certificate, death certificate, etc.).*

Original Indian Passport #B 2490708 was submitted with the first H-1B application with receipt #WAC 07 047 50778. The H-1B application was later withdrawn. Attached please find a copy of the Indian passport being requested to be returned to the attorney on record. Attached please find the original signed G-28.

**Part 2. Data for identification of personal record.** *(Leave blank if not applicable.)*

| Family Name | Given Name | Middle Name | Other Names Used (if any.) |
|---|---|---|---|
| SHAH | APURVA | Dipakkumar | None |

| Date of Birth *(mm/dd/yyyy)* | Place of Birth | Date of Entry | Port of Entry | Type of Entry *(visitor, student, etc.)* | A Number *(If any.)* |
|---|---|---|---|---|---|
| 09/01/1980 | Gujarat, India | 09/08/2005 | CHI | H-1B | None |

| Name on Certificate of Naturalization | Certificate of Naturalization Number | Certificate of Naturalization Date *(mm/dd/yyyy)* |
|---|---|---|
| | | |

| Name on Certificate of Citizenship | Certificate of Citizenship Number | Certificate of Citizenship Date *(mm/dd/yyyy)* |
|---|---|---|
| | | |

| Naturalization Court and Location | Verification of Identity |
|---|---|
| | [X] In person with identification  [X] Legible photocopies |

Form G-884 (Rev. 11/07/06)Y

## Part 3. Signature of Requester - Affidavit of Identity

I certify, under penalty of perjury under the laws of the United States of America, that this request and evidence submitted is all true and correct. I authorize the release of any information from my records that U.S. Citizenship and Immigration Services needs to respond to my request.

I [XX] Swear [XX] Affirm that I am the person named in **Part 1 on Page 1** of this form. I understand that if I willfully make false statements on this form, I may be punished by fine or imprisonment (18 U.S.C.1101).

**Print Your Full Name**

APURVA DIPAKKUMAR SHAH

**Signature** *(Your signature must be notarized. Do not sign until before the Certifying Official.)*

**Date** *(mm/dd/yyyy)*

09/28/07

I do hereby certify that the requester named in **Part 1 on Page 1** of this form personally appeared before me and executed the Affidavit of Identity.

**Signature of USCIS Official**    **Title**    **Date** *(mm/dd/yyyy)*

## Certifying Official

I do hereby certify that the requester named in **Part 1 on Page 1** of this form personally appeared before me and executed the Affidavit of Identity.

**Printed Name of Certifying Official**

EVANGELINE M. ABRON

**Signature of Certifying Official**

**In and for the:**

**Date** *(mm/dd/yyyy)*

9/28/07

**Given under my hand and official seal**

```
OFFICIAL SEAL
EVANGELINE M ABRON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/23/09
```

Form G-884 (Rev. 11/07/06)Y Page 2

TOTAL P.005

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: G-884, Request for the Return of Original Documents on behalf of Apurva Shah | Date: September 28, 2007 |
|---|---|
| | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: Apurva Dipakkumar SHAH | ☐ Petitioner ☐ Beneficiary | ☒☒ Applicant |
|---|---|---|

| Address: (Apt. No.) | (Number & Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|---|

| Name: | ☐ Petitioner ☐ Beneficiary | ☐ Applicant |
|---|---|---|

| Address: (Apt. No.) | (Number & Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|---|

*Check Applicable Item (s) below:*

☐ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

STATE OF ILLINOIS        SUPREME COURT        and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS Azulay, Horn & Seiden, LLC 205 N Michigan Ave., #40th Floor Chicago, IL 60601 |
|---|---|
| NAME (Type or Print) Y. Judd Azulay/Ellen Kassis | TELEPHONE NUMBER (312)832-9200 x 101/129 Fax (312)832-9212 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Y. JUDD AZULAY/ELLEN KASSIS
(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting APURVA DIPAKKUMAR SHAH | X Signature of Person Consenting | Date 09/28/2007 |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 EtSEQ.

Form G-28 (09/26/00)Y





Jesse White - Secretary of State

NUMBER          ISSUED        EXPIRES

S000-0048-0249  09-05-06      

DRIVERS LICENSE

APURVA D SHAH
207 GREEN KNOLL LANE
STREAMWOOD IL 60107

Birthdate 09-01-80
Male      5'06"  162 lbs    BLK Eyes
Restrictions      Type     Class
* * * * * * *      ORG      D

DONOR



See Other Side

ENGLISH

STAPLE HERE

14. Family Name
S H A H

15. First (Given) Name
A P U R V A

16. Birth Date (Day/Mo/Yr)
0 1 0 9 8 0

17. Country of Citizenship
I N D I A

SEP 0 8 2005

15 Jan 2007

Immigration and Naturalization Service
I-94
Departure Record

Departure Number
438716080 10

VISAS 12

SEP 0 8 2005

15 Jan 2007

VISA

| | |
|---|---|
| Issuing Post Name: OTTAWA | Control Number: 20052503340001 |
| Surname: SHAH | |
| Given Name: APURVA DIPAKKUMAR | Visa Type /Class: R H1B |
| Passport Number: B2490708 | Sex: M | 
| | Birth Date: 01SEP1980 |
| | Nationality: IND |
| Entries: M | |
| Issue Date: 07SEP2005 | Expiration Date: 15JAN2007 |

Annotation
PN-SCHAUMBURG HONDA
P#-LIN-04-071-50285
PED 15JAN2007

**

76010170

0110

VNUSASHAH<<APURVA<DIPAKKUMAR<<<<<<<<<<<<<<<<
B2490708<1IND8009010M0701156H80T00Y7G241168

REPUBLIC OF INDIA

भारत गणराज्य

अनुक्रमांक /Type
अन्तिम नाम /Surname
**SHAH**
राष्ट्रीयता /Nationality
**INDIAN**
पहला नाम /Given Names
**ASHEVA**
**AAOLE**
लिंग /Sex
**M**
जन्म तिथि /Date of Birth
**1-9-1960**
राष्ट्रीय कोड /Country Code
**IND**
पासपोर्ट सं. /Passport No.
**B 2490708**

जन्म स्थान /Place of Birth
**Ahmedabad**
जारी करने की तिथि /Date of Issue
**1 2 SEP 2000**
समाप्ति की तिथि /Date of Expiry
**11-9-2010(?)**

इसके द्वारा, भारत गणराज्य के राष्ट्रपति के नाम पर, उन सब से जिनको इस बात से सरोकार हो, यह प्रार्थना एवं अपेक्षा की जाती है कि वे धारक को बिना रोक-टोक, आज़ादी से आने-जाने दें, और उसे हर तरह की ऐसी सहायता और सुरक्षा प्रदान करें जिसकी उसे आवश्यकता हो ।

THESE ARE TO REQUEST AND REQUIRE IN THE NAME OF THE PRESIDENT OF THE REPUBLIC OF INDIA ALL THOSE WHOM IT MAY CONCERN TO ALLOW THE BEARER TO PASS FREELY WITHOUT LET OR HINDRANCE, AND TO AFFORD HIM OR HER, EVERY ASSISTANCE AND PROTECTION OF WHICH HE OR SHE MAY STAND IN NEED.

भारत गणराज्य के राष्ट्रपति के आदेश से दिया गया
BY ORDER OF THE PRESIDENT OF THE
REPUBLIC OF INDIA

एन. आर. डाभी / N. R. DABHI
अधिकारी / SUPERINTENDENT
क्षेत्रीय पासपोर्ट कार्यालय,
REGIONAL PASSPORT OFFICE,
अहमदाबाद / AHMEDABAD

---

Warning - A nonimmigrant who accepts unauthorized employment is subject to deportation.

**Important** - Retain this permit in your possession; *you must surrender it when you leave the U.S.* Failure to do so may delay your entry into the U.S. in the future. You are authorized to stay in the U.S. only until the date written on this form. To remain past this date, without permission from immigration authorities, is a violation of the law.

Surrender this permit when you leave the U.S.:
- By sea or air, to the transportation line;
- Across the Canadian border, to a Canadian Official;
- Across the Mexican border, to a U.S. Official.

Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-Departure" on page 2 of Form I-20 prior to surrendering this permit.

Record of Changes

*Finance Mereger*
*GN-04-071-5028*
*Schaumburg Hondr*

Port: _____          Departure Record

Date: _____

Carrier: _____

Flight #/Ship Name: _____

For sale by the Superintendent of Documents, U.S. Government Printing Office Washington, D.C. 20402





वीसा / VISAS

U.S. IMMIGRATION
CHI
ADMITTED

MAR 2 1 2003

CLASS
UNTIL

वीसा / VISAS

VCGBRSHAH<<APURVA<DIPAKUMAR<<<<<<<<
B2490708<1IND8009010M0605117<<<<<<<<<<

UK9756133

11/05/06
80



LAW OFFICES OF

# AZULAY, HORN & SEIDEN, LLC

North Michigan Avenue    ph. 312.832.9200
40th Floor    fx. 312.832.9212
Chicago, Illinois 60601    www.ahslaw.com

FROM THE DESK OF:
Ellen Kassis
312.832.9200 x129
ekassis@ahslaw.com



*Combo*

August 27, 2007

*MULE col*

U.S. Department of Homeland Security
U.S. Citizenship & Immigration Services
California Service Center
P.O. Box 10485
Laguna Niguel, CA 92607-1048
<u>**ATTN: Withdrawal/Termination**</u>

7100945

<u>**REQUEST FOR ORIGINAL DOCUMENT (PASSPORT)
AND WITHDRAWAL OF I-129 APPLICATION
WAC-07-047-50778**</u>

Re:    Application:    I-129 (H-1B) Petition for a Nonimmigrant Worker
       Beneficiary:    Apurva Dipakkumar Shah
       Receipt#:       WAC 07 047 50778

Dear Sir/Madam:

Our law offices represent the above named Beneficiary in the above matter, and our signed Attorney Appearance on Form G-28 is enclosed for your records.

Please be advised that the beneficiary, Apurva Shah, erroneously submitted his <u>original passport</u> with the first I-129 H-1B application with receipt number, WAC 07 047 50778. On behalf of our client, we hereby <u>request that the original passport to be returned to our firm</u>. Please find enclosed a completed FedEx label and envelope, paid for by the recipient, in which to return his original passport.

In addition, the petitioner and beneficiary are withdrawing the above-referenced pending application for an extension of H-1B status. This I-129 application was improperly executed and the petitioner, Schaumburg Honda, has since filed a correctly completed H-1B extension petition. This latter petition, with Receipt Number WAC-07-072-51362, was approved by the USCIS on March 23, 2007.

Your assistance in this matter will be highly appreciated. Thank you.

*Previously Done*
**COA UPDATED**
*7100945*
*9/7/07*

Sincerely,

Ellen Kassis
Azulay, Horn & Seiden, LLC

EK/BD/Enclosures

| RECEIPT NUMBER | CASE TYPE |
|---|---|
| WAC-07-047-50778 | I129 PETITION FOR A NONIMMIGRANT WORKER |

| RECEIVED DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| December 5, 2006 | | SHAH, APURVA D. |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| December 8, 2006 | 1 of 1 | SHAH, APURVA DIPAKKUMAR |

APURVA D. SHAH
SCHAUMBURG HONDA
750 EAST GOLF RD
SCHAUMBURG IL 60173

Notice Type: Receipt Notice

Amount received: $ 1690.00

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case. You can check our current processing time for this kind of case on our website at www.uscis.gov. On our website you can also sign up to get free e-mail status updates as we complete key processing steps on this case. Most of the time your case is pending the processing status will not change because we will be working on others filed earlier. We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move. Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update. If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

If this receipt is for an I-485, or I-698 application - USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT.

Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does NOT grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS i.e., that a decision to grant or deny your application/petition has not yet been made. The current status of your application/petition must be verified with USCIS.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 01/31/05) N

From:   Origin ID: CHIA  (312)832-9200
Beth Dimasuay
Azulay Horn  Seiden LLC
205 North Michigan
40th Floor
Chicago, IL 60601




Ship Date: 03OCT07
ActWgt: 1 LB
System#: 1401285/INET7091
Account#: S *********

CLS000087/2V23

Delivery Address Bar Code



SHIP TO: (202)305-3217    BILL SENDER
**U.S. DEPT. OF HOMELAND SECURITY
CITIZENSHIP AND IMMIGRATION SERVICE
CALIFORNIA SERVICE CENTER
24000 AVILA RD, 2nd Flr. Rm.2312
LAGUNA NIGUEL, CA 92677**

Ref #    ED/103-21336-B/SHAH, A
Invoice #
PO #
Dept #



TRK#       7903 5121 2690
0201

MON - 08OCT          A2
EXPRESS SAVER

SNA
CA-US
92677

# SA-JORA



---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

February 22,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **790351212690**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Oct 4, 2007 10:00 |
| Signed for by: | N.LABARRE | | |
| Service type: | Express Saver | | |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 790351212690 | Ship date: | Oct 3, 2007 |

Recipient:
LAGUNA NIGUEL, CA US

Shipper:
CHICAGO, IL US

Reference

ED/103-21336-B/SHAH, A

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

**Elizabeth Dimasuay**

| | |
|---|---|
| **From:** | Appu shah [chicagodjandy@gmail.com] |
| **Sent:** | Friday, December 07, 2007 1:11 PM |
| **To:** | Elizabeth Dimasuay |
| **Subject:** | Fwd: Your recent inquiry (receipt #WAC-07-047-50778) |

FILED: AUGUST 6, 2008
08CV4449
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

JFB

---------- Forwarded message ----------
From: **CRIS** <USCIS-CRIS@dhs.gov>
Date: Dec 6, 2007 2:25 PM
Subject: Your recent inquiry (receipt #WAC-07-047-50778)
To: CHICAGODJANDY@gmail.com

U.S. Department of Homeland Security
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

U.S. Citizenship and Immigration Services
Thursday, December 6, 2007

Emailed to CHICAGODJANDY@GMAIL.COM

Dear M. Shah:

On 11/06/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

Case type:
-- I129

Filing date:
-- 09/17/2006

Receipt #:
-- WAC-07-047-50778

Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):



**EXHIBIT**

F

12/12/2007

-- 000000000

Type of service requested:
-- Return of Original Document


The status of this service request is:

For the return of the original documents, you will need to file Form G-884, Request for the Return of Original Documents. You can request this form from our website www.uscis.gov by clicking "Forms by Mail" page. If you decide to file, please follow the instructions on the form. In the future, if you change your address please contact customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.


U.S. Citizenship and Immigration Services

```
*************** -COMM. JOURNAL- ******************* DATE DEC-12-2007 ***** TIME 17:57 ********

         MODE = MEMORY TRANSMISSION              START=DEC-12 17:56      END=DEC-12 17:57

            FILE NO.=514

  STN    COMM.        STATION NAME/EMAIL ADDRESS/TELEPHONE NO.      PAGES      DURATION
  NO.

  001     --          bdimasuay@ahslw.com                         014/014    00:00:23


                                                           -AZULAYSEIDEN LAW GROUP   -

***** UF-8000 v2 ******************* -          - ***** -        3128329212- *********
```

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**G-885, Request for Additional Information to Obtain Original Document**

| | |
|---|---|
| Requester's Name<br>Beth Dimasuay | File No: WAC0704750778<br><br>Date: ___09/14/2007___ |

Address
205 North Michigan 40th Floor

| City | State | Zip Code |
|---|---|---|
| Chicago | IL | 60601 |

Subject's Name: Apurva Shah                           Alien Number: _____

Your request for return of an original document(s) contained in an Alien File was received in this office on:

(date-mm/dd/yyyy): ___8/31/07___           . Please note the paragraph(s) checked below:

1. ☐ Your request comes within the jurisdiction of the office indicated below. You should send your request directly to that
   office at:      U.S. Citizenship and Immigration Services
   _____
   _____
   _____

   Your request has been sent to the above office for consideration and direct reply to you. All further correspondence should be sent to that office.

2. ☒ Before consideration can be given, you must submit two forms of identification to support your request. Examples of acceptable forms of identification are Form I-551, Permanent Resident Card; drivers license, state-issued identification document, employment authorization document, certificate of citizenship or naturalization, or U.S. or foreign passport.

   To minimize the retention of original documents, provide a copy of your supporting documentation. If a copy is submitted, it must bear a certification by an immigration officer, attorney, notary public or consular office that the copy was compared with the original and found to be identical.

3. ☒ You must submit proof of relationship between you and the subject. In cases where the subject is either deceased or incapacitated, you must prove entitlement to the requested document(s) by providing evidence of **power of attorney** or that you are executor of the subject's estate.

4. ☐ Documents in a foreign language must be accompanied by a complete translation in English. The translator must certify that he or she is competent to translate and that the translation is accurate.

5. ☐ USCIS has previously returned the original document(s) requested to:
   (Person): _____          On (date-mm/dd/yyyy): _____

6. ☐ On the basis of the information provided, USCIS could not locate the requested original document(s).

7. ☒ You must submit a notarized Form G-884, Request for the Return of Original Documents.

8. ☐ Other comments.

Form G-885 (Rev. 07/09/06)

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-07-072-51362 | | CASE TYPE  I129<br>PETITION FOR A NONIMMIGRANT WORKER |
|---|---|---|
| RECEIVED DATE<br>January 16, 2007 | PRIORITY DATE | PETITIONER<br>SCHAUMBURG HONDA |
| NOTICE DATE<br>January 17, 2007 | PAGE<br>1 of 1 | BENEFICIARY<br>SHAH, APURVA DIPAKKUMAR |

| | |
|---|---|
| Y J AZULAY<br>AZULAY HORN & SEIDEN LLC<br>RE: SCHAUMBURG HONDA<br>205 N MICHIGAN AVE 40 FL<br>CHICAGO IL 60601 | **Notice Type:**  Receipt Notice<br><br>Amount received: $ 1690.00 |

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case. You can check our current processing time for this kind of case on our website at **www.uscis.gov**. On our website you can also sign up to get free e-mail status updates as we complete key processing steps on this case. Most of the time your case is pending the processing status will not change because we will be working on others filed earlier. We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move. Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update. If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application** - USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

**This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does NOT grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS i.e., that a decision to grant or deny your application/petition has not yet been made. The current status of your application/petition must be verified with USCIS.**

FILED: AUGUST 6, 2008

08CV4449

JUDGE DARRAH

MAGISTRATE JUDGE DENLOW

JFB

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**





EXHIBIT
G

# THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| **RECEIPT NUMBER**<br>WAC-07-072-51362 | | **CASE TYPE**   I129<br>PETITION FOR A NONIMMIGRANT WORKER | |
| **RECEIPT DATE**<br>January 17, 2007 | **PRIORITY DATE** | **PETITIONER**<br>SCHAUMBURG HONDA | |
| **NOTICE DATE**<br>March 23, 2007 | **PAGE**<br>1 of 1 | **BENEFICIARY**<br>SHAH, APURVA D. | |

Y J. AZULAY
AZULAY HORN & SEIDEN LLC
RE: SCHAUMBURG HONDA
205 N MICHIGAN AVE 40 FL
CHICAGO IL 60601

**Notice Type:**  Approval Notice
**Class:** H1B
**Valid from** 01/16/2007 to 01/15/2010

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Any change in employment requires a new petition. Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, *Arrival-Departure Record*. This should be turned in with the I-94 when departing the U.S. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, *Application for Action on an Approved Application or Petition*, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

FILED: AUGUST 6, 2008

08CV4449

JUDGE DARRAH

MAGISTRATE JUDGE DENLOW

JFB

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**
Form I797A (Rev. 09/07/93)N



---

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt # WAC-07-072-51362
I-94# 438716080 10
NAME SHAH, APURVA D.
CLASS H1B

VALID FROM 01/16/2007 UNTIL 01/15/2010

PETITIONER: SCHAUMBURG HONDA
            750 E GOLF RD
            SCHAUMBURG IL 60173

**438716080 10**

  Receipt Number WAC-07-072-51362
Immigration and
Naturalization Service
I-94
Departure Record          Petitioner: SCHAUMBURG HO

| 14. Family Name | |
|---|---|
| SHAH | |
| 15. First (Given) Name | 16. Date of Birth |
| APURVA | 09/01/1980 |
| 17. Country of Citizenship | |
| INDIA | |

Form

**EXHIBIT**

H

tabbies

From:    Origin ID: CHIA   (312)832-9200
beth dimasuay
AzulaySeiden Law Group
205 N. Michigan Avenue
40th Flr.
Chicago, IL 60602

**FedEx**
Express

**E**

CLS12F707/21/24

Ship Date: 26FEB08
ActWgt: 1 LB
System#: 1401285/INET8011
Account#: S *********

Delivery Address Bar Code

SHIP TO: 3123348108        BILL SENDER
**U.S. Dept. of Homeland Security**
**U.S. Citizenship & Immigration Serv**
**24000 AVILA RD FL 2**
**CALIFORNIA SERVICE CENTER**
**LAGUNA NIGUEL, CA 926773422**

Ref #    ED/103-21336-B/SHAH, A
Invoice #
PO #
Dept #



TRK#
0201    7998 0869 6916

**WED - 27FEB**        **A2**
**STANDARD OVERNIGHT**

92677
CA-US
SNA

**A7 JORA**

FILED: AUGUST 6, 2008
08CV4449
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

JFB

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



From:   Origin ID: CHIA   (312)832-9200
beth dimasuay
AzulaySeiden Law Group
205 N. Michigan Avenue
40th Flr.
Chicago, IL 60602



Ship Date: 06MAR08
ActWgt: 1 LB
System#: 1401285/INET8011
Account#: S *********

Delivery Address Bar Code



SHIP TO: (312) 334-8108     BILL SENDER

**Y.Judd Azulay/ Beth Dimasuay**
**AzulaySeiden Law Group**
**205 N. Michigan Avenue**
**40th Floor**
**Chicago, IL 60601**

Ref #   ED/103-21336-B/Shah, A
Invoice #
PO #
Dept #



TRK#
0201   7910 0812 0753

FRI - 07MAR     **A1**
**STANDARD OVERNIGHT**
**RES**

**60601**
IL-US
**ORD**

# 79 CHIA



---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# AZULAYSEIDEN LAW GROUP

205 North Michigan Ave. | 40th Floor | Chicago, Illinois 60601
ph. 312.832.9200 | fx. 312.832.9212 | www.azulayseiden.com

FROM THE DESK OF:
Y. Judd Azulay
(312) 832-9200 x 101
yjazulay@azulayseiden.com

February 26, 2008

U.S. Department of Homeland Security
Citizenship and Immigration Services
California Service Center
24000 Avila Road, 2nd Flr., Room 2312
Laguna Niguel, CA 92677

Re:   **G-884, Request for the Return of Original Documents**
      **Receipt number of related petition/application: WAC0704750778**
      **Document Requested: Indian Passport (#B 2490708)**

      **Name of Passport Holder: Apurva Dipakkumar SHAH**
      **DOB: September 1, 1980**

Dear Sir/Madam:

Our Law Firm represents the above named applicant and our appearance Form G-28 is enclosed as proof of our firm's legal representation of Apurva Dipakkaumar Shah.

On September 20, 2008, we received Form G-885, Request for Additional Information to Obtain Original Documents from USCIS. This was in response to the Form G-884 that we previously filed with USCIS. On October 3, 2007, we submitted the completed Form G-885 with the supporting documents to USCIS. Attached please find a copy of the form and supporting documents submitted to USCIS. The Form G-885 was received by USCIS on October 8, 2007. Attached please find a copy of the FEDEX delivery confirmation.

In view of the above, we would like to seek your immediate assistance in returning the original passport of Apurva Dipakkumar Shah. Please find enclosed a completed FEDEX label and envelope, paid for by the recipient, in which to return his original passport.

Your assistance in this matter will be highly appreciated. Thank you.

Sincerely,

Y. Judd Azulay
AzulaySeiden Law Group

YJA/BD/Encls.
Our File No.: 103-21336-B

Immigration and Naturalization Service
Case 1:08-cv-04449   Document 1-11   Filed 08/06/2008   Page 1 of 70
as Attorney or Representative

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: G-884, Request for the Return of Original Documents on behalf of Apurva Shah | Date: 02/22/08 |
| | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: Apurva Dipakkumar SHAH | ☐ Petitioner  ☐ Beneficiary  ☒ Applicant |

| Address: (Apt. No.)   (Number & Street) 207 Green Knoll Lane | (City) Streamwood | (State) IL | (Zip Code) 60107 |

| Name: | ☐ Petitioner  ☐ Beneficiary  ☐ Applicant |

| Address: (Apt. No.)   (Number & Street) | (City) | (State) | (Zip Code) |

*Check Applicable Item (s) below:*

☐ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
STATE OF ILLINOIS     SUPREME COURT     and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board.

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS AZULAYSEIDEN LAW GROUP 205 N Michigan Ave., #40th Floor Chicago, IL 60601 |
| NAME (Type or Print) Y. Judd Azulay/Ellen Kassis | TELEPHONE NUMBER (312)832-9200 x 101/129 Fax (312)832-9212 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Y. JUDD AZULAY/ELLEN KASSIS
(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting APURVA DIPAKKUMAR SHAH | Signature of Person Consenting | Date 02/22/08 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

Department of Homeland Security
U.S. Citizenship and Immigration Services



**G-885, Request for Additional Information to Obtain Original Document**

| Requester's Name | | |
|---|---|---|
| Beth Dimasuay | | |
| Address | | |
| 205 North Michigan  40th Floor | | |
| City | State | Zip Code |
| Chicago | IL | 60601 |

File No:  WAC0704750778

Date:  09/14/2007

Subject's Name:  Apurva Shah                                    Alien Number:

Your request for return of an original document(s) contained in an Alien File was received in this office on:

(date-mm/dd/yyyy):  8/31/07                          .  Please note the paragraph(s) checked below:

1. ☐  Your request comes within the jurisdiction of the office indicated below. You should send your request directly to that

   office at:     U.S. Citizenship and Immigration Services

   Your request has been sent to the above office for consideration and direct reply to you. All further correspondence should be sent to that office.

2. ☒  Before consideration can be given, you must submit **two** forms of identification to support your request. Examples of acceptable forms of identification are Form I-551, Permanent Resident Card; drivers license, state-issued identification document, employment authorization document, certificate of citizenship or naturalization, or U.S. or foreign passport.

   To minimize the retention of original documents, provide a copy of your supporting documentation. If a copy is submitted, it must bear a certification by an immigration officer, attorney, notary public or consular office that the copy was compared with the original and found to be identical.

3. ☐  You must submit proof of relationship between you and the subject. In cases where the subject is either deceased or incapacitated, you must prove entitlement to the requested document(s) by providing evidence of **power of attorney** or that you are **executor** of the subject's estate.

4. ☐  Documents in a foreign language must be accompanied by a complete translation in English. The translator must certify that he or she is competent to translate and that the translation is accurate.

5. ☐  USCIS has previously returned the original document(s) requested to:

   (Person):                                          On (date-mm/dd/yyyy):

6. ☐  On the basis of the information provided, USCIS could not locate the requested original document(s).

7. ☒  You must submit a notarized Form G-884, Request for the Return of Original Documents.

8. ☐  Other comments.

Form G-885 (Rev. 07/09/06)

LAW OFFICES OF

## AZULAY, HORN & SEIDEN, LLC

FROM THE DESK OF:
Ellen Kassis
(312) 832-9200 x 129
ekassis@ahslaw.com

North Michigan Avenue          ph. 312.832.9200
40th Floor                     fx. 312.832.9212
Chicago, Illinois 60601        www.ahslaw.com



September 28, 2007

U.S. Department of Homeland Security
Citizenship and Immigration Services
California Service Center
24000 Avila Road, 2nd Flr., Room 2312
Laguna Niguel, CA 92677

Re:    **G-884, Request for the Return of Original Documents**
       Document Requested: Indian Passport (#B 2490708)
       Name of Passport Holder: Apurva Dipakkumar SHAH
       DOB: September 1, 1980

Dear Sir/Madam:

Our Law Firm represents the above named applicant and our appearance Form G-28 is enclosed as proof of our firm's legal representation of Apurva Dipakkaumar Shah.

We are submitting for your kind consideration the following documents in support of our request for the return of the original passport to Apurva Dipakkumar Shah:

1.  Notarized Form G-884, Request of the Return of Original Documents;
2.  Copies of applicant's passport, Visa and I-94; and
3.  Drivers License and State-issued identification document as proof of identification.

Please find enclosed a completed <u>FEDEX label and envelope</u>, paid for by the recipient, in which to return his original passport.

Thank you for your kind and favorable action.

Very truly yours,

Ellen Kassis
Azulay, Horn & Seiden, LLC

EK/BD/Encls.

OMB No. 1615-0 100; Expires 08/31/08

Department of Homeland Security
U.S. Citizenship and Immigration Services

**G-884, Request for the**
**Return of Original Documents**

**START HERE - Please type or print in black ink.**

| **Part 1. Information about you.** *(Person requesting the return of original documents.)* | For USCIS Use Only. |
|---|---|

**Remarks**

| Family Name | Given Name | Middle Name |
|---|---|---|
| SHAH | Apurva | Dipakkumar |

Mailing Address - Street Number and Name
207 Green Knoll Lane

Apt./Suite Number

| City | State | Zip Code | A Number *(If any.)* |
|---|---|---|---|
| Streamwood | IL | 60107 | None |

File No. _____

Date _____

| City/Town/Village of Birth | Country of Birth | Date of Birth *(mm/dd/yyyy)* | Daytime Phone Number *(With Area Code)* |
|---|---|---|---|
| Gujurat | India | 09/01/1980 | (847) 884-6632 |

**Specific information about desired document(s) or record(s)** *(e.g., marriage license, birth certificate, death certificate, etc.).*

Original Indian Passport #B 2490708 was submitted with the first H-1B application with receipt #WAC 07 047 50778. The H-1B application was later withdrawn. Attached please find a copy of the Indian passport being requested to be returned to the attorney on record. Attached please find the original signed G-28.

**Part 2. Data for identification of personal record.** *(Leave blank if not applicable.)*

| Family Name | Given Name | Middle Name | Other Names Used (if any.) |
|---|---|---|---|
| SHAH | APURVA | Dipakkumar | None |

| Date of Birth *(mm/dd/yyyy)* | Place of Birth | Date of Entry | Port of Entry | Type of Entry *(visitor, student, etc.)* | A Number *(If any.)* |
|---|---|---|---|---|---|
| 09/01/1980 | Gujurat, India | 09/08/2005 | CHI | H-1B | None |

| Name on Certificate of Naturalization | Certificate of Naturalization Number | Certificate of Naturalization Date *(mm/dd/yyyy)* |
|---|---|---|
| | | |

| Name on Certificate of Citizenship | Certificate of Citizenship Number | Certificate of Citizenship Date *(mm/dd/yyyy)* |
|---|---|---|
| | | |

Naturalization Court and Location

Verification of Identity

[X] In person with identification  [X] Legible photocopies

Form G-884 (Rev. 11/07/06)Y

## Part 3.   Signature of Requester - Affidavit of Identity

I certify, under penalty of perjury under the laws of the United States of America, that this request and evidence submitted is all true and correct. I authorize the release of any information from my records that U.S. Citizenship and Immigration Services needs to respond to my request.

I ☒ Swear ☒ Affirm that I am the person named in **Part 1** on **Page 1** of this form. I understand that if I willfully make false statements on this form, I may be punished by fine or imprisonment (18 U.S.C.1101).

**Print Your Full Name**

> APURVA DIPAKKUMAR SHAH

**Signature** *(Your signature must be notarized. Do not sign until before the Certifying Official.)*       **Date** *(mm/dd/yyyy)*

> 09/28/07

I do hereby certify that the requester named in **Part I on Page 1** of this form personally appeared before me and executed the Affidavit of Identity.

**Signature of USCIS Official**                **Title**                **Date** *(mm/dd/yyyy)*

## Certifying Official

I do hereby certify that the requester named in **Part I on Page 1** of this form personally appeared before me and executed the Affidavit of Identity.

**Printed Name of Certifying Official**          **Signature of Certifying Official**

> EVANGELINE M. ABRON

**In and for the:**

**Date** *(mm/dd/yyyy)*

> 9/28/07

**Given under my hand and official seal**

> OFFICIAL SEAL
> EVANGELINE M ABRON
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:04/23/09

U.S. Department of Justice
Immigration and Naturalization Service

Notice of Entry of Appearance
as Attorney or Representative

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: G-884, Request for the Return of Original Documents on behalf of Apurva Shah | Date: September 28, 2007 |
| | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: Apurva Dipakkumar SHAH | ☐ Petitioner   ☒ Applicant |
| | ☐ Beneficiary |
| Address: (Apt. No.)   (Number & Street)   (City)   (State)   (Zip Code) | |

| Name: | ☐ Petitioner   ☐ Applicant |
| | ☐ Beneficiary |
| Address: (Apt. No.)   (Number & Street)   (City)   (State)   (Zip Code) | |

Check Applicable Item (s) below:

☐ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

STATE OF ILLINOIS    SUPREME COURT    and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS
Azulay, Horn & Seiden, LLC
205 N Michigan Ave., #40th Floor
Chicago, IL 60601 |
| NAME (Type or Print)
Y. Judd Azulay/Ellen Kassis | TELEPHONE NUMBER
(312)832-9200 x 101/129 Fax (312)832-9212 |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS.

Y. JUDD AZULAY/ELLEN KASSIS
(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:

| Name of Person Consenting
APURVA DIPAKKUMAR SHAH | X Signature of Person Consenting | Date
09/28/2007 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y



Jesse White - Secretary of State

NUMBER    ISSUED    EXPIRES    **ID CARD**
0000-0480-249S  09-05-06    09-01-09

APURVA D SHAH
207 GREEN KNOLL LANE
STREAMWOOD IL 60107

Birthdate  09-01-80
Male      5'06"  162 lbs    BRN Eyes
          Type              Class
          DUP

*Illinois*

Jesse White - Secretary of State

NUMBER        ISSUED
S000-0048-0249 09-05-06

EXPIRES


DRIVERS
LICENSE

APURVA D SHAH
207 GREEN KNOLL LANE
STREAMWOOD IL 60107

Birthdate 09-01-80
Male      5'06" 162 lbs      BLK Eyes
Restrictions      Type      Class
* * * * * * *      ORG      D



DONOR

**VISA**

**UNITED STATES OF AMERICA**

Control Number
20052503340001

Issuing Post Name
OTTAWA

Surname
SHAH

Given Name
APURVA DIPAKKUMAR

Passport Number
B2490708

Entries
M

Annotation
PN-SCHAUMBURG HONDA
P#-LIN-04-071-50285

Visa Type / Class
R    H1B

Nationality
IND

Birth Date
01SEP1980

Expiration Date
15JAN2007

Sex
M

Issue Date
07SEP2005

760 10170

PED 15JAN2007

VNUSASHAH<<APURVA<DIPAKKUMAR<<<<<<<<<<<<<
B2490708<1IND8009010M0701156H80TT00Y76Z4116

---

Departure Number

**4387 1 6080 10**

Immigration and
Naturalization Service

**I-94**
**Departure Record**

14. Family Name
S H A H

15. First (Given) Name
A P U R N A

16. Birth Date (Day/Mo/Yr)
0 1 0 9 8 0

17. Country of Citizenship
I N D I A

**See Other Side**          ENGLISH          **STAPLE HERE**



भारत गणराज्य REPUBLIC OF INDIA

उपनाम /Surname
SHAH

दिए गए नाम /Given Names
APURVA
DIPAKKUMAR

राष्ट्रीयता /Nationality
INDIAN

लिंग /Sex
MALE

जन्म स्थान /Place of Birth
अहमदाबाद /Ahmedabad

जारी करने की तिथि /Date of Issue
1 2 SEP 2000

देश कोड /Country Code
IND

पासपोर्ट सं. /Passport No.
B 2490708

जन्म तिथि /Date of Birth
1-9-1970

समाप्ति की तिथि /Date of Expiry
11-9-2010

इसके द्वारा, भारत गणराज्य के राष्ट्रपति के नाम पर, उन सब से जिनका इस बात से सरोकार हो, यह प्रार्थना एवं अपेक्षा की जाती है कि वे वाहक को बिना रोक-टोक, आज़ादी से आने-जाने दें, और उसे हर तरह की ऐसी सहायता और सुरक्षा प्रदान करें जिसकी उसे आवश्यकता हो।

THESE ARE TO REQUEST AND REQUIRE IN THE NAME OF THE PRESIDENT OF THE REPUBLIC OF INDIA ALL THOSE WHOM IT MAY CONCERN TO ALLOW THE BEARER TO PASS FREELY WITHOUT LET OR HINDRANCE, AND TO AFFORD HIM OR HER, EVERY ASSISTANCE AND PROTECTION OF WHICH HE OR SHE MAY STAND IN NEED.

भारत गणराज्य के राष्ट्रपति के आदेश से दिया गया
BY ORDER OF THE PRESIDENT OF THE
REPUBLIC OF INDIA

एन. आर. डाबी / N. R. DABHI
अधिकक्ष / SUPERINTENDENT
क्षेत्रीय पासपोर्ट कार्यालय,
REGIONAL PASSPORT OFFICE,
अहमदाबाद / AHMEDABAD

Warning - A nonimmigrant who accepts unauthorized employment is subject to deportation.

**Important** - Retain this permit in your possession; *you must surrender it when you leave the U.S.* Failure to do so may delay your entry into the U.S. in the future.

You are authorized to stay in the U.S. only until the date written on this form. To remain past this date, without permission from immigration authorities, is a violation of the law.

Surrender this permit when you leave the U.S.:
- By sea or air, to the transportation line;
- Across the Canadian border, to a Canadian Official;
- Across the Mexican border, to a U.S. Official.

Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-Departure" on page 2 of Form I-20 prior to surrendering this permit.

**Record of Changes**

Finance Mereger
CIN-04-071-5028
Schaumburg Hmda

Port:

Date:                                        Departure Record

Carrier:

Flight #/Ship Name:

For sale by the Superintendent of Documents, U.S. Government Printing Office
Washington, D.C. 20402







0 6 SE 2005

05MR2006

16                    वीसा / VISAS

Canadä VISA

A 0 5 8 8 5 3 1 4

**NEW YORK**
Place of issue / Lieu de délivrance

**MULTIPLE**
Type / Genre

**VISITOR**
Class / Catégorie

**SHAH, APURVA DIPAKKUMAR**
Name / Nom

**B2490708**
Passport / Passeport

**IND**
Country / Pays

**V050800610**
Doc. No. / No de document

Date of issue / Date de délivrance **04/08/2005 15/07/2007**
Date of expiry / Date d'expiration **15/04/2006**

PROPERTY OF THE GOVERNMENT OF CANADA    PROPRIÉTÉ DU GOUVERNEMENT DU CANADA

H6 058305

V<CANSHAH<<APURVA<DIPAKKUMAR<<<<<<
B2490708<1IND8009010F07011566030E150

70 / VISAS

प्रयोजनार्थ

विदेशों में रहने वाले भारतीय नागरिकों को सलाह दी जाती है कि वे अपने को निकटतम भारतीय मिशन / दूतावास का पंजीकृत करवा लें ।

चेतावनी

यह पासपोर्ट भारत सरकार की सम्पत्ति है । पासपोर्ट अधिकारी से इस पासपोर्ट के संदर्भ में कोई सूचना मिलने पर विवरणी इसे तुरंत वापस समर्पित है, उसका तुरन्त अनुपालन किया जाए ।

यह पासपोर्ट डाक द्वारा किसी भी देश से बाहर न भेजा जाए । यह पासपोर्ट धारक या उसके द्वारा प्राधिकृत व्यक्ति के कब्जे में ही होना चाहिए । इसमें किसी भी प्रकार के परिवर्तन का विरूपण नहीं किया जाना चाहिए ।

पासपोर्ट गुम जाना, चोरी ही जाना या नष्ट हो जाने का उसकी निकटतम समाचार भारत में निकटतम पासपोर्ट अधिकारी को ( तथा यदि धारक विदेश में हो ) निकटतम भारतीय मिशन की और स्थानीय पुलिस को भी सूचित करायी जाए । निम्नलिखित गुणावगुण के सम्बन्ध की समीपुक्त पासपोर्ट जारी किया जाएगा ।

REGISTRATION

INDIAN CITIZENS RESIDENT ABROAD ARE ADVISED TO REGIS-
TER THEMSELVES AT THE NEAREST INDIAN MISSION / POST.

CAUTION

THIS PASSPORT IS THE PROPERTY OF THE GOVERNMENT OF
INDIA. ANY COMMUNICATION RECEIVED BY HOLDER FROM THE
PASSPORT AUTHORITY REGARDING THIS PASSPORT, INCLUDING
DEMAND FOR ITS SURRENDER, SHOULD BE COMPLIED WITH IM-
MEDIATELY.

PASSPORT SHOULD NOT BE SENT OUT OF ANY COUNTRY BY POST.
IT SHOULD BE IN THE CUSTODY EITHER OF THE HOLDER OR OF
A PERSON AUTHORISED BY THE HOLDER. IT MUST NOT BE ALTE-
RED OR MUTILATED IN ANY WAY.

LOSS, THEFT OR DESTRUCTION OF PASSPORTS SHOULD BE IMME-
DIATELY REPORTED TO THE NEAREST PASSPORT AUTHORITY IN
INDIA OR ( IF THE HOLDER IS ABROAD ) TO THE NEAREST INDIAN
MISSION AND TO THE LOCAL POLICE. ONLY AFTER EXHAUSTIVE
ENQUIRIES SHALL A REPLACEMENT PASSPORT BE ISSUED.

30

पिता का नाम/वैधानिक संरक्षक /Name of Father/Legal Guardian
SHAH DIPAKKUMAR HARSHAD RAY

माता का नाम /Name of Mother
SHAH NIRUPBEN DIPAKKUMAR

पति या पत्नी का नाम /Name of Spouse
N.A.

दृश्य पहचान का चिन्ह /Visible distinguishing mark of the passport holder
Nil

फाइल सं./File No.
A 296 69 / 2000

LAW OFFICES OF

# AZULAY, HORN & SEIDEN, LLC

North Michigan Avenue
40th Floor
Chicago, Illinois 60601

ph. 312.832.9200
fx. 312.832.9212
www.ahslaw.com

FROM THE DESK OF:
Ellen Kassis
312.832.9200 x129
ekassis@ahslaw.com

# COPY

*Combo*

August 27, 2007

*MAILE COPY*

U.S. Department of Homeland Security
U.S. Citizenship & Immigration Services
California Service Center
P.O. Box 10485
Laguna Niguel, CA 92607-1048
**ATTN: Withdrawal/Termination**

7100945

## REQUEST FOR ORIGINAL DOCUMENT (PASSPORT)
## AND WITHDRAWAL OF I-129 APPLICATION
### WAC-07-047-50778

Re:     Application:     I-129 (H-1B) Petition for a Nonimmigrant Worker
        Beneficiary:     Apurva Dipakkumar Shah
        Receipt#:        WAC 07 047 50778

Dear Sir/Madam:

Our law offices represent the above named Beneficiary in the above matter, and our signed Attorney Appearance on Form G-28 is enclosed for your records.

Please be advised that the beneficiary, Apurva Shah, erroneously submitted his <u>original passport</u> with the first I-129 H-1B application with receipt number, WAC 07 047 50778. On behalf of our client, we hereby <u>request that the original passport to be returned to our firm</u>. Please find enclosed a completed FedEx label and envelope, paid for by the recipient, in which to return his original passport.

In addition, the petitioner and beneficiary are withdrawing the above-referenced pending application for an extension of H-1B status. This I-129 application was improperly executed and the petitioner, Schaumburg Honda, has since filed a correctly completed H-1B extension petition. This latter petition, with Receipt Number WAC-07-072-51362, was approved by the USCIS on March 23, 2007.

Your assistance in this matter will be highly appreciated. Thank you.

*Previously Done*
**COA UPDATED**
*7100945*
*9/7/07*

Sincerely,

Ellen Kassis
Azulay, Horn & Seiden, LLC

EK/BD/Enclosures

| RECEIPT NUMBER | CASE TYPE |
|---|---|
| WAC-07-047-50773 | I129 |

| RECEIVED DATE | PRIORITY DATE | PETITION FOR A NONIMMIGRANT WORKER |
|---|---|---|
| December 6, 2006 | | PETITIONER |

| NOTICE DATE | PAGE | SHAH, APURVA D. |
|---|---|---|
| December 8, 2006 | 1 of 1 | BENEFICIARY |

APURVA D. SHAH
SCHAUMBURG HONDA
750 EAST GOLF RD
SCHAUMBURG IL 60173

BENEFICIARY: SHAH, APURVA DIPAKKUMAR

**Notice Type:** Receipt Notice

**Amount received:** $ 1690.00

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case. You can check our current processing time for this kind of case on our website at www.uscis.gov. On our website you can also sign up to get free e-mail status updates as we complete key processing steps on this case. Most of the time your case is pending the processing status will not change because we will be working on others filed earlier. We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move. Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update. If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

If this receipt is for an I-485, or I-698 application - USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT.

Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment. Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does NOT grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS i.e., that a decision to grant or deny your application/petition has not yet been made. The current status of your application/petition must be verified with USCIS.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 01/31/05) N

From:  Origin ID: CHIA  (312)832-9200
Beth Dimasuay
Azulay Horn Seiden LLC
205 North Michigan
40th Floor
Chicago, IL 60601



**FedEx**
Express

**E**

Ship Date: 03OCT07
ActWgt: 1 LB
System#: 1401285/INET7091
Account#: S ********

SHIP TO: (202)305-3217          **BILL SENDER**
**U.S. DEPT. OF HOMELAND SECURITY**
**CITIZENSHIP AND IMMIGRATION SERVICE**
**CALIFORNIA SERVICE CENTER**
**24000 AVILA RD, 2nd Flr. Rm.2312**
**LAGUNA NIGUEL, CA 92677**

Delivery Address Bar Code



Ref #    ED/103-21336-B/SHAH, A
Invoice #
PO #
Dept #

TRK#
0201  **7903 5121 2690**

MON - 08OCT          A2
**EXPRESS SAVER**

**SA-JORA**

SNA
CA-US
**92677**

---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**FedEx** Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

February 22,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **790351212690**.

---

Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Oct 4, 2007 10:00 |
| Signed for by: | N.LABARRE | | |
| Service type: | Express Saver | | |



---

Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 790351212690 | Ship date: | Oct 3, 2007 |

Recipient:
LAGUNA NIGUEL, CA US

Shipper:
CHICAGO, IL US

Reference                                    ED/103-21336-B/SHAH, A

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Citizenship and Immigration Service**
**Chicago District Office**

FILED: AUGUST 6, 2008          **STATUS INQUIRY FORM**
08CV4449

JUDGE DARRAH
MAGISTRATE JUDGE DENLOW DATE: _3/6/08_

## CORRESPONDENCE DETAILS

JFB

On Behalf of (Applicant):

A Number: _N/A_

Name: _Shah  Apurva  Dipakkumar_
        Last        First        Middle

Mailing Address: _207 green Knoll Lane_ Apt # _____

City: _Streamwood_ State: _IL_ Zip Code: _60107_

Daytime Phone Number: _847-884-4632_

Country of Birth: _India_  Date of Birth: _9/1/80_

☐ Check box if author is same as applicant
   (DO NOT complete the following if box is checked)

Type of inquiry:
☐ Applicant   ☒ Attorney   ☐ CBO

Name: _Whiting     Rebecca     M_
       Last         First       Middle

Firm/Organization: _Azulay Seiden Law Group_

Mailing Address: _205 N. Michigan Ave_

Suite # or Apt. #: _40th Fl._

City: _Chicago_ State: _IL_ Zip Code: _60601_

Phone No.: _312-832-9200_

## CORRESPONDENCE INFORMATION

☐ Check if telephonic inquiry

Class: <u>GENERAL</u>     Request Type (check all that apply): ☐ Address Change     ☒ General     ☐ Received Documents

Type of Application (check one): ☐ Adjustment of Status   ☐ Citizenship

**FORM FILED (check boxes below that apply):**          DATE APPLICATION FILED: _9/28/07_

☐ I-130   ☐ I-485   ☐ I-751   ☐ I-765   ☐ I-824

☐ N-336   ☐ N-400   ☐ N-565   ☐ N-600   ☐ N-643   ☒ Other: _g-884_

**REQUEST RESCHEDULE FOR (check one):** ☐ Interview   ☐ Oath   ☐ Fingerprinting

Additional Comments: _Request for return of original passport._

*** **INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED**
    **REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.**

*** **CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:**

Signature: _____     Date: _3/6/08_

*** **MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL 60690**

CU Revised 08/14/03

**EXHIBIT**
J

F10 A105- 21336-B





| Home | DHS.GOV | USCIS.GOV | eGov@USCIS |

**Click Here**  **Make your appointment with INFOPASS**

**Click Here**  **Cancel your appointment with INFOPASS**

**Click Here**  **More information about INFOPASS**

<u>Privacy Act</u>

# AZULAY SEIDEN LAW GROUP

205 North Michigan Ave. | 40th Floor | Chicago, Illinois 60601
ph. 312.832.9200 | fx. 312.832.9212 | www.azulayseiden.com

FROM THE DESK OF:
Y. Judd Azulay
(312) 832-9200 x 129
yjazulay@azulayseiden.com

March 21, 2008

U.S. Department of Homeland Security
Citizenship and Immigration Services
California Service Center
24000 Avila Road, 2nd Flr., Room 2312
Laguna Niguel, CA 92677

FILED: AUGUST 6, 2008
08CV4449
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

VIA CERTIFIED MAIL
JFB

Re:   **G-884, Request for the Return of Original Documents**
      **Document Requested: Indian Passport (#B 2490708)**
      **Receipt Number of Related Petition: WAC0704750778**
      **Name of Passport Holder: Apurva Dipakkumar SHAH**
      **DOB: September 1, 1980**

Dear Sir/Madam:

Our Law Firm represents the above named applicant and our appearance Form G-28 is enclosed as proof of our firm's legal representation of Apurva Dipakkaumar Shah.

For the second time, we are submitting for your kind consideration the following documents in support of our request for the return of the original passport to Apurva Dipakkumar Shah:

1. Notarized Form G-884, Request of the Return of Original Documents;
2. Copies of applicant's passport, Visa and I-94; and
3. Drivers License and State-issued identification document as proof of identification.

Please find enclosed a completed FEDEX label and envelope, paid for by the recipient, in which to return his original passport.

Thank you for your kind and favorable action.

Sincerely,

Y. Judd Azulay
AzulaySeiden Law Group

YJA/BD: Encls.
Our File No.: 103-21336-B
cc: Apurva Shah

EXHIBIT
K

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: G-884, Request for the Return of Original Documents on behalf of Apurva Shah | Date: |
|---|---|
| | File No. None |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name:

Apurva Dipakkumar SHAH

☐ Petitioner      ☒ Applicant
☐ Beneficiary

| Address: (Apt. No.)      (Number & Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|
| 207 Green Knoll Lane | Streamwood | IL | 60107 |

Name:

☐ Petitioner      ☐ Applicant
☐ Beneficiary

| Address: (Apt. No.)      (Number & Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|

*Check Applicable Item (s) below:*

☐ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

STATE OF ILLINOIS      SUPREME COURT      and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS AzulaySeiden Law Group 205 N Michigan Ave., #40th Floor Chicago, IL 60601 |
|---|---|
| NAME (Type or Print) Y. JUDD AZULAY | TELEPHONE NUMBER (312) 832-9200 x 171 Fax (312) 832-9212 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Y. JUDD AZULAY
(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting Apurva Dipakkumar SHAH | Signature of Person Consenting | Date |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

OMB No. 1615-0 100; Expires 08/31/08

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**G-884, Request for the
Return of Original Documents**

---

**START HERE - Please type or print in black ink.**

| **Part 1. Information about you.** *(Person requesting the return of original documents.)* | **For USCIS Use Only.** |
|---|---|

**Remarks**

| Family Name | Given Name | Middle Name |
|---|---|---|
| SHAH | Apurva | Dipakkumar |

Mailing Address - Street Number and Name: 207 Green Knoll Lane

Apt./Suite Number:

File No. _____

| City | State | Zip Code | A Number *(If any.)* |
|---|---|---|---|
| Streamwood | IL | 60107 | None |

Date _____

| City/Town/Village of Birth | Country of Birth | Date of Birth *(mm/dd/yyyy)* | Daytime Phone Number *(With Area Code)* |
|---|---|---|---|
| Gujarat | India | 09/01/1980 | (847) 884-6632 |

**Specific information about desired document(s) or record(s)** *(e.g., marriage license, birth certificate, death certificate, etc.).*

Original Indian Passport#B 2490708

The passport was submitted with the initial H-1B application with receipt#WAC 07 047 50778. Attached please find a copy of the Indian passport being requested to be returned to the attorney on record. Attached please find the original signed G-28.

**Part 2. Data for identification of personal record.** *(Leave blank if not applicable.)*

| Family Name | Given Name | Middle Name | Other Names Used (if any.) |
|---|---|---|---|
| SHAH | Apurva | Dipakkumar | None |

| Date of Birth *(mm/dd/yyyy)* | Place of Birth | Date of Entry | Port of Entry | Type of Entry *(visitor, student, etc.)* | A Number *(If any.)* |
|---|---|---|---|---|---|
| 09/01/1980 | Gujarat, India | 09/08/2005 | CHI | H-1B | None |

| Name on Certificate of Naturalization | Certificate of Naturalization Number | Certificate of Naturalization Date *(mm/dd/yyyy)* |
|---|---|---|
| | | |

| Name on Certificate of Citizenship | Certificate of Citizenship Number | Certificate of Citizenship Date *(mm/dd/yyyy)* |
|---|---|---|
| | | |

| Naturalization Court and Location | Verification of Identity |
|---|---|
| | [X] In person with identification [X] Legible photocopies |

Form G-884 (Rev. 11/07/06)Y

**Part 3. Signature of Requester - Affidavit of Identity.**

I certify, under penalty of perjury under the laws of the United States of America, that this request and evidence submitted is all true and correct. I authorize the release of any information from my records that U.S. Citizenship and Immigration Services needs to respond to my request.

I [X] Swear [X] Affirm that I am the person named in **Part 1** on **Page 1** of this form. I understand that if I willfully make false statements on this form, I may be punished by fine or imprisonment (18 U.S.C.1101).

**Print Your Full Name**

APURVA DIPAKKAUMAR SHAH

**Signature** *(Your signature **must** be notarized. **Do not sign until** before the Certifying Official.)*          **Date** *(mm/dd/yyyy)*

I do hereby certify that the requester named in **Part I on Page 1** of this form personally appeared before me and executed the Affidavit of Identity.

**Signature of USCIS Official**          **Title**          **Date** *(mm/dd/yyyy)*

**Certifying Official.**

I do hereby certify that the requester named in **Part I on Page 1** of this form personally appeared before me and executed the Affidavit of Identity.

**Printed Name of Certifying Official**          **Signature of Certifying Official**

*Evangeline M. Abron*          *Evangeline M. Abron*

**In and for the:**

**Given under my hand and official seal**

**Date** *(mm/dd/yyyy)*

OFFICIAL SEAL
EVANGELINE M ABRON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/23/09



**Illinois**

Jesse White - Secretary of State

NUMBER    ISSUED    EXPIRES
0000-0480-249S  09-05-06  **09-01-09**    **ID CARD**

APURVA D SHAH
207 GREEN KNOLL LANE
STREAMWOOD IL 60107

Birthdate 09-01-80
Male    5'06" 162 lbs    BRN Eyes
        Type    Class
        DUP

DONOR

*Illinois*

Jesse White - Secretary of State

NUMBER        ISSUED
S000-0048-0249 09-05-06

EXPIRES
09-01-10

**DRIVERS LICENSE**

APURVA D SHAH
207 GREEN KNOLL LANE
STREAMWOOD IL 60107

Birthdate 09-01-80
Male     5'06"  162 lbs    BLK Eyes
Restrictions      Type    Class
* * * * * * *        ORG      D





DONOR

STAPLE HERE                    ENGLISH                    See Other Side

17. Country of Citizenship    I N D I A

14. Birth Date (Day/Mo/Yr)  0 1 0 1 8 0    15. First (Given) Name  A P U R V A

14. Family Name  S H A H

Immigration and
Naturalization Service

I-94
**Departure Record**

Departure Number

43B7L6080 10



VISA

Issuing Post Name
Control Number  2005256334006001
OTTAWA
Surname
SHAH
Given Name
APURVA DIPAKKUMAR
Passport Number
B2490708
Entries    Sex   M
M
Annotation

Issue Date          Visa Type /Class
07SEP2005           R   H1B

                    Birth Date     Nationality
                    01SEP1980      IND

                    Expiration Date
                    15JAN2007      PED 15JAN2007

PN-SCHAUMBURG HONDA          76010170
P#-LIN-04-071-50285

VISA / VISA          01100



B2490708<1IND8009010M0701156H80TT00Y7G241168

VNUSASHAH<<APURVA<DIPAKKUMAR<<<<<<<<<<<<<<



भारत गणराज्य REPUBLIC OF INDIA

उपनाम /Surname
SHAH

दिये गये नाम /Given Names
APURVA

राष्ट्रीयता /Nationality
INDIAN

लिंग /Sex
MALE

जन्म स्थान /Place of Birth
AHMEDABAD

जारी करने का स्थान /Place of Issue
AHMEDABAD

जारी करने की तिथि /Date of Issue
1 2 SEP 2000

प्रकार /Type

राष्ट्र कोड /Country Code
IND

पासपोर्ट सं. /Passport No.
B 2490708

जन्म तिथि /Date of Birth
1.9.1980

समाप्ति की तिथि /Date of Expiry
11-9-2010(?)

इसके द्वारा, भारत गणराज्य के राष्ट्रपति के नाम पर, उन सब से जिनका इस बाल से सरोकार हो, यह प्रार्थना एवं अपेक्षा की जाती है कि वे वाहक को बिना रोक-टोक, आजादी से आने-जाने दें, और उसे हर तरह की ऐसी महायता और सुरक्षा प्रदान करें जिसकी उसे आवश्यकता हो ।

THESE ARE TO REQUEST AND REQUIRE IN THE NAME OF THE PRESIDENT OF THE REPUBLIC OF INDIA ALL THOSE WHOM IT MAY CONCERN TO ALLOW THE BEARER TO PASS FREELY WITHOUT LET OR HINDRANCE, AND TO AFFORD HIM OR HER, EVERY ASSISTANCE AND PROTECTION OF WHICH HE OR SHE MAY STAND IN NEED.

भारत गणराज्य के राष्ट्रपति के आदेश से दिया गया
BY ORDER OF THE PRESIDENT OF THE
REPUBLIC OF INDIA

एन. आर. डाभी / N.R. DABHI
अधिक्षक / SUPERINTENDENT
क्षेत्रीय पासपोर्ट कार्यालय,
REGIONAL PASSPORT OFFICE,
अहमदाबाद / AHMEDABAD

Warning - A nonimmigrant who accepts unauthorized employment is subject to deportation.

**Important** - Retain this permit in your possession; *you must surrender it when you leave the U.S.* Failure to do so may delay your entry into the U.S. in the future.
You are authorized to stay in the U.S. only until the date written on this form. To remain past this date, without permission from immigration authorities, is a violation of the law.
Surrender this permit when you leave the U.S.:
  - By sea or air, to the transportation line;
  - Across the Canadian border, to a Canadian Official;
  - Across the Mexican border, to a U.S. Official.
Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-Departure" on page 2 of Form I-20 **prior to surrendering this permit.**

Record of Changes

Finance Manager
LN-04-071-50288
Schaumburg Honda

Port:

Date:                                                    Departure Record

Carrier:

Flight #/Ship Name:

For sale by the Superintendent of Documents, U.S. Government Printing Office
Washington, D.C. 20402









0 6 SE 2005

Expiration

0SMr 2006

16    वीसा / VISAS

**Canadä VISA**

A 0588531 4

PLACE OF ISSUE / LIEU DE DÉLIVRANCE
**NEW YORK**

DATE OF ISSUE / DATE DE DÉLIVRANCE
**04/08/2005**

EXPIRES ON / EXPIRE LE
**15/01/2007**

TYPE / ENTRIES / ENTRÉES
**MULTIPLE**

DOCUMENT
**E150468106**

CATEGORY / CATÉGORIE
**VISITOR**

SURNAME / NOM
**SHAH**, GIVEN NAMES / PRÉNOMS **APURVA DIPAKKUMAR**

PASSPORT / PASSEPORT
**B2490708**

SEX / SEXE
**ONE**

PASSPORT NO / N° PASSEPORT
**V050800610**

CBN
**R6058305**

PROPERTY OF THE GOVERNMENT OF CANADA - PROPRIÉTÉ DU GOUVERNEMENT DU CANADA

V<CANSHAH<<APURVA<DIPAKKUMAR<<<<<<<
B2490708<1IND8009010F0701156603OE150

वीसा / VISAS

---

पंजीकरण

विदेशों में रहने वाले भारतीय नागरिकों को सलाह दी जाती है कि वे अपने को निकटतम भारतीय मिशन / पोस्ट पर पंजीकृत कराया करें।

चेतावनी

यह पासपोर्ट भारत सरकार की सम्पत्ति है। पासपोर्ट अधिकारी से इस पासपोर्ट के संदर्भ में कोई सूचना मिलने पर जिसमें इसे सुपुर्द करना शामिल है, उसका तुरन्त अनुपालन किया जाए।

यह पासपोर्ट डाक द्वारा किसी भी देश से बाहर न भेजा जाए। यह पासपोर्ट धारक या उसके द्वारा प्राधिकृत व्यक्ति के कब्जे में ही होना चाहिए। इसमें किसी भी प्रकार के फेरबदल या विकृत नहीं किया जाना चाहिए।

पासपोर्ट गुम जाना, चोरी हो जाना या नष्ट हो जाने पर उसकी निर्गत तत्काल भारत में निकटतम पासपोर्ट अधिकारी को (तथा यदि धारक विदेश में हो) निकटतम भारतीय मिशन को और स्थानीय पुलिस को दी जानी चाहिए। निःशेषित पूछताछ के उपरान्त ही प्रतिस्थापन पासपोर्ट जारी किया जाएगा।

REGISTRATION

INDIAN CITIZENS RESIDENT ABROAD ARE ADVISED TO REGISTER THEMSELVES AT THE NEAREST INDIAN MISSION / POST.

CAUTION

THIS PASSPORT IS THE PROPERTY OF THE GOVERNMENT OF INDIA. ANY COMMUNICATION RECEIVED BY HOLDER FROM THE PASSPORT AUTHORITY REGARDING THIS PASSPORT, INCLUDING DEMAND FOR ITS SURRENDER, SHOULD BE COMPLIED WITH IMMEDIATELY.

PASSPORT SHOULD NOT BE SENT OUT OF ANY COUNTRY BY POST. IT SHOULD BE IN THE CUSTODY EITHER OF THE HOLDER OR OF A PERSON AUTHORISED BY THE HOLDER. IT MUST NOT BE ALTERED OR MUTILATED IN ANY WAY.

LOSS, THEFT OR DESTRUCTION OF PASSPORTS SHOULD BE IMMEDIATELY REPORTED TO THE NEAREST PASSPORT AUTHORITY IN INDIA OR, (IF THE HOLDER IS ABROAD) TO THE NEAREST INDIAN MISSION AND TO THE LOCAL POLICE. ONLY AFTER EXHAUSTIVE ENQUIRIES SHALL A REPLACEMENT PASSPORT BE ISSUED.

36

पिता या संरक्षक का नाम /Name of Father/Legal Guardian
SHAH DIPAKKUMAR HARSHAD RAY

माता का नाम /Name of Mother
SHAH NILOMBEN DIPAKKUMAR

पति या पत्नी का नाम /Name of Spouse
N.A.

दृश्य विभेदक चिन्ह /Visible distinguishing mark of the passport holder
NIL

फाइल सं. /File No.
AF 283-64 / 2000

| RECEIPT NUMBER | CASE TYPE |
|---|---|
| WAC-07-047-50778 | I129 |
| | PETITION FOR A NONIMMIGRANT WORKER |

| RECEIVED DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| December 6, 2006 | | SHAH, APURVA D. |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| December 8, 2006 | 1 of 1 | SHAH, APURVA DIPAKKUMAR |

APURVA D. SHAH
SCHAUMBURG HONDA
750 EAST GOLF RD
SCHAUMBURG IL 60173

**Notice Type:** Receipt Notice

Amount received: $ 1690.00

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case. You can check our current processing time for this kind of case on our website at www.uscis.gov. On our website you can also sign up to get free e-mail status updates as we complete key processing steps on this case. Most of the time your case is pending the processing status will not change because we will be working on others filed earlier. We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move. Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update. If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

If this receipt is for an I-485, or I-698 application - USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

This receipt notice provides notification of the date that your application/petition was received by USCIS. This receipt notice does NOT grant any immigration status or benefit. You may not present this receipt notice as evidence that you have been granted any immigration status or benefit. In addition, this receipt notice does not constitute evidence that your application remains pending with USCIS i.e., that a decision to grant or deny your application/petition has not yet been made. The current status of your application/petition must be verified with USCIS.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



From:    Origin ID: CHIA  (312)832-9200
beth dimasuay
AzulaySeiden Law Group
205 N. Michigan Avenue
40th Flr.
Chicago, IL 60602


FedEx
Express

**E**

CLB 138787/2V04

Ship Date: 03APR08
ActWgt: 1 LB
System#: 1401285/INET8011
Account#: S *********

Delivery Address Bar Code

SHIP TO: 3123348108          BILL SENDER

**Y.Judd Azulay/ Beth Dimasuay**
**AzulaySeiden Law Group**
**205 N. Michigan Avenue**
**40th Floor**
**Chicago, IL 60601**

Ref #    ED/103-21336-B/Shah, A
Invoice #
PO #
Dept #

TRK#    7918 7220 2805
0201

FRI - 04APR          A1
**STANDARD OVERNIGHT**
**RES**

60601

IL-US

ORD

# 79 CHIA



---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.

2. Fold the printed page along the horizontal line.

3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

LAW OFFICES OF

# AZULAY, HORN & SEIDEN, LLC

North Michigan Avenue    ph. 312.832.9200
40th Floor    fx. 312.832.9212
Chicago, Illinois 60601    www.ahslaw.com

FROM THE DESK OF:
Ellen Kassis
312.832.9200 x129
ekassis@ahslaw.com



*Combo*

August 27, 2007

*MAILE COPY*

U.S. Department of Homeland Security
U.S. Citizenship & Immigration Services
California Service Center
P.O. Box 10485
Laguna Niguel, CA 92607-1048
**ATTN: Withdrawal/Termination**

## REQUEST FOR ORIGINAL DOCUMENT (PASSPORT) AND WITHDRAWAL OF I-129 APPLICATION
### WAC-07-047-50778

Re:    Application:    I-129 (H-1B) Petition for a Nonimmigrant Worker
       Beneficiary:    Apurva Dipakkumar Shah
       Receipt#:    WAC 07 047 50778

Dear Sir/Madam:

Our law offices represent the above named Beneficiary in the above matter, and our signed Attorney Appearance on Form G-28 is enclosed for your records.

Please be advised that the beneficiary, Apurva Shah, erroneously submitted his <u>original passport</u> with the first I-129 H-1B application with receipt number, WAC 07 047 50778. On behalf of our client, we hereby <u>request that the original passport to be returned to our firm</u>. Please find enclosed a completed FedEx label and envelope, paid for by the recipient, in which to return his original passport.

In addition, the petitioner and beneficiary are withdrawing the above-referenced pending application for an extension of H-1B status. This I-129 application was improperly executed and the petitioner, Schaumburg Honda, has since filed a correctly completed H-1B extension petition. This latter petition, with Receipt Number WAC-07-072-51362, was approved by the USCIS on March 23, 2007.

Your assistance in this matter will be highly appreciated. Thank you.

*Previously Done*
**COA UPDATED**
*7100945*
*9/7/07*

Sincerely,

Ellen Kassis
Azulay, Horn & Seiden, LLC

EK/BD/Enclosures

FROM THE DESK OF:
Y. Judd Azulay
(312) 832-9200 x 129
yjazulay@azulayseiden.com

March 21, 2008

U.S. Department of Homeland Security
Citizenship and Immigration Services
California Service Center
24000 Avila Road, 2nd Flr., Room 2312
Laguna Niguel, CA 92677                    VIA CERTIFIED MAIL

Re:    **G-884, Request for the Return of Original Documents**
       **Document Requested: Indian Passport (#B 2490708)**
       **Receipt Number of Related Petition: WAC0704750778**
       **Name of Passport Holder: Apurva Dipakkumar SHAH**
       **DOB: September 1, 1980**

Dear Sir/Madam:

Our Law Firm represents the above named applicant and our appearance Form G-28 is enclosed as proof of our firm's legal representation of Apurva Dipakkaumar Shah.

For the second time, we are submitting for your kind consideration the following documents in support of our request for the return of the original passport to Apurva Dipakkumar Shah:

1. Notarized Form G-884, Request of the Return of Original Documents;
2. Copies of applicant's passport, Visa and I-94; and
3. Drivers License and State-issued identification document as proof of identification.

Please find enclosed a completed FEDEX label and envelope, paid for by the recipient, in which to return his original passport.

Thank you for your kind and favorable action.

Sincerely,

Y. Judd Auzlay
AzulaySeiden Law Group

YJA/BD: Encls.
Our File No.: 103-21336-B
cc: Apurva Shah

From: Origin ID: CHIA  (312)832-9200
beth dimasuay
AzulaySeiden Law Group
205 N. Michigan Avenue
40th Flr.
**Chicago, IL 60602**


FedEx
Express

Ship Date: 06MAR08
ActWgt: 1 LB
System#: 140128S/INET8011
Account#: S *********

CLS 138787/21/24

SHIP TO: (312) 334-8108        **BILL SENDER**

**Y.Judd Azulay/ Beth Dimasuay**
**AzulaySeiden Law Group**
**205 N. Michigan Avenue**
**40th Floor**
**Chicago, IL 60601**

Delivery Address Bar Code

Ref #   ED/103-21336-B/Shah, A
Invoice #
PO #
Dept #

TRK#
0201   7910 0812 0753

FRI - 07MAR          A1
**STANDARD OVERNIGHT**
**RES**

**79 CHIA**

60601
IL-US
ORD



---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FILED: AUGUST 6, 2008
08CV4449
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

JFB

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X  ☐ Agent  ☐ Addressee <br> B. Received by ( *Printed Name* )  C. Date of Delivery |
| 1. Article Addressed to: <br> *U.S. Department of Homeland Security* <br> *Citizenship and Immigration Services* <br> *California Service Center* <br> *24000 Avila Rd, 2nd Flr. Rm. 2312* <br> *Laguna Niguel, CA 92677* | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br> **USCIS RECEIVED 04-16-08** |
|  | 3. Service Type <br> ☐ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7001 0360 0000 4308 5863 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



EXHIBIT L