# United States District Court for the Northern District of Illinois

Case Number: 08CV4449                Assigned/Issued By: DAJ

Judge Name: DARRAH                   Designated Magistrate Judge: DENLOW

## FEE INFORMATION

Amount Due:   [✓] $350.00    [ ] $39.00     [ ] $5.00
              [ ] IFP        [ ] No Fee     [ ] Other _____
              [ ] $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                  Receipt #: 3000924

Date Payment Rec'd: 08/06/08         Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons                          [ ] Alias Summons

[ ] Third Party Summons              [ ] Lis Pendens

[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

_5_ Original and _0_ copies on _08/06/08_ as to POULOS, CHERTOFF,
                                   (Date)
DOROCHOFF, SCHARFEN, CITIZENSHIP & IMMIGRATION SERVICES.

C:\wpwin80\docket\feeinfo.frm    03/14/05